Your Name: James Ellis Johnson
Address: 1819 Golden Gate Ave. #12 S.F, CA 94115
Phone Number: 415-624-5011
Fax Number: 415-563-1975
E-mail Address: jamesellisjohnson@att.net
Pro Se Plaintiff

RECEIVED
2023 OCT 10 P 5: 36
CLERK, US DISTRICT COURT
NO. DIST. OF CA.

FILED
OCT 10 2023
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| James Ellis Johnson<br><br>Plaintiff,<br><br>vs.<br><br>Veritas Investment Inc.,et al<br>Greentree Property management<br>Jessica Castorena, Ehsan<br>Panah<br><br>Defendant. | Case Number CV23-5190 DMR<br><br>COMPLAINT<br><br>DEMAND FOR JURY TRIAL<br>Yes [x] No [ ] |

## PARTIES

1. Plaintiff. [*Write your name, address, and phone number. Add a page for additional plaintiffs.*],

Name: James Ellis Johnson

Address: 1819 Golden Gate Ave #12, San Francisco, CA 94115

Telephone: 415-624-5011

2. Defendants. [*Write each defendant's full name, address, and phone number.*]

Defendant 1:

Name: Veritas Investment Inc., et al

Address: 1 Bush Street, Suite 900, San Francisco, Ca. 94122

Telephone: 415-578-7610

Defendant 2:

Name: Greentree Property Management

Address: 2443 Fillmore St. #380-2009, San Francisco, Ca. 94115

Telephone: 415-347-8600

Defendant 3: Greentree Property Management Employees

Name: Jessica Castorena, and Ehsan Panah

Address: 2443 Fillmore St. #380-2009, San Francisco,Ca. 94115

Telephone: 415-347-8600

## JURISDICTION

[*Usually only two types of cases can be filed in federal court, cases involving "federal questions" and cases involving "diversity of citizenship." Check at least one box.*]

3. My case belongs in federal court

[X] under federal question jurisdiction because it is involves a federal law or right.

[*Which federal law or right is involved?*] Negligence Liability, Accessories before the facts, to Assault, Battery Attempled Murder, Slander, Deffamation, Illegal Entree into my Home

[ ] under diversity jurisdiction because none of the plaintiffs live in the same state as any of the defendants and the amount of damages is more than $75,000.

## VENUE

*[The counties in this District are: Alameda, Contra Costa, Del Norte, Humboldt, Lake, Marin, Mendocino, Monterey, Napa, San Benito, Santa Clara, Santa Cruz, San Francisco, San Mateo, or Sonoma. If one of the venue options below applies to your case, this District Court is the correct place to file your lawsuit. Check the box for each venue option that applies.]*

4. Venue is appropriate in this Court because:

[x] a substantial part of the events I am suing about happened in this district.

[ ] a substantial part of the property I am suing about is located in this district.

[ ] I am suing the U.S. government, federal agency, or federal official in his or her official capacity <u>and</u> I live in this district.

[ ] at least one defendant is located in this District and any other defendants are located in California.

## INTRADISTRICT ASSIGNMENT

*[This District has three divisions: (1) San Francisco/Oakland (2) San Jose; and (3) Eureka. First write in the county in which the events you are suing about happened, and then match it to the correct division. The San Francisco/Oakland division covers Alameda, Contra Costa, Marin, Napa, San Francisco, San Mateo, and Sonoma counties. The San Jose division covers Monterey, San Benito, Santa Clara, Santa Cruz counties. The Eureka division covers Del Norte, Humboldt, Lake, Mendocino counties, only if all parties consent to a magistrate judge.]*

5. Because this lawsuit arose in San Francisco County, it should be assigned to the San Francisco Division of this Court.

## STATEMENT OF FACTS

*[Write a short and simple description of the facts of your case. Include basic details such as <u>where</u> the events happened, <u>when</u> things happened and <u>who</u> was involved. Put each fact into a separate, numbered paragraph, starting with paragraph number 6. Use more pages as needed.]*

6 This suite is being filed because from Dec, 2015 to Oct. 2021 Plaintiff was attacked twice, and poison teice. From Oct.9, 2021 to Nov.4, 2022 Plaintiff has been attacked, in this apartment while sleeping in his bed more then 13 times When I informed Greentree, and there attorney, that I was

being attacked, they said I was making it up. And did nothing to help. 7 The landlord is libel, for the secueity of this building and no one at this point, can say Plaintiff was not attacked. The fist attack on me by Greentree happen after, I filed with the S.F. rent board that Greentree had removed the sound proofing , and firer proofing fron the ceiling in apartment #7, below plaintiff, around Dec. 2015. I did not connect this attack to Greentree at the time. 8 The second attack from greentree took place on 28 Nov. 2020 after, I had filed a writ in Superior Court against a rent board ruling during appeal on the issue. Unknown to plaitiff at the time, was the fact, that V.A. San Farcisco Medical Center, the San Francisco Police Department, Greentree's Building Manager Ehsan Panah. Were working together, to get my name put on a list of people, who could not own, are buy a fire arm, in San Fancisco. 9 Greentree's building manager Ehsan Panah, endlessly for years, has illegally entered my home courtless times. He has illegally seached my home from one end to the other. He has read my mail, and found my Social Security #, and used it. This can not be denied, because in order for him to deguss, Plaintiff with the V.A. Hospital. He fist has to present them with Plaintiff's last name, and the last four number's of plaintiff's social security number! 10 He has called everyone I'm doing business with. All of there actions are about eviction. If I still had to Work for my money, they would have done away with me, a long time ago.

11. Plaintiff was attacked in this apartment with the intent of doing Plaintiff serious harm. Plaintiff has had three surgeries on his shoulders, two on his right shoulder, and one on his left shoulder. But Plaintiff was attacked again on 4 Nov. 2022, so now Plaintiff

needs surgery on both his shoulders again. 12. On Nov. 9,2021 Plaintiff had replacement surgery on his right shoulder. Plaintiff's right is now made of metal. After tw0, and a half months of very hard recovery time, Plaintiff started Physical Therapy. By the fist weekof of Feb. 2022, Paintiff's depression was lifted, because Plaintiff belived he would get the full use of his shoulder back. 13. Then Plaintiff was attacked again, on 9 Feb. 2022 while sleeping in his bed. They undid Plaintiff's right soulder surgery. While at the same time causing serions injury to Plaintiff's left shoulder. Plaintiff had to have a second replacement surgery on his right shoulder Sept. 12 2022, and had surgery on his left shoulder on April 12, 2023. 14. But Plaintiff was attacked again on 4 Nov. 2023. And now Plaintiss has serious injury in both shoulders again. I'm now in endless pain, and making appointment to see V.A. Orthapedic Surgeons. Plaintiff's need for surgery on his lower back and neck can not be addessed, becsuse the attacks on my shoulders are on going. Someone dose not want me to have the use of my arms. 15. The San Francisco Ploce Department has done nothing to stop these attacks, nor has the ladlord. The landlord is libel for the security of this building, and thiy can not deni that the attacks began after they ststed they wanted to make Plaintiff a offer to move. And after they took part in the lie that Plaintiff was a threat to the community. They must pay for this.

**Claim**

(Name the law or right violated: Tort law, Negligence Liability, State the same )

(Name the defendants who violated it: )

1. Federal law; 15 U.S. Code 1681o - Civil liability for Negligent. They failed to do any thing to stop the attack on Plaintiff or there property.

2. Cal. Penal Code 518 (also Ca. Civil Code 789.3) Obtain property from tenant by use of force or fear....

3. Cal. Civil Code 1927 use or threaten to use, force, willful threats, or menacing conduct constituting a pattern that interferes with the tenant's quiet enjoyment of the premises

4. Ca. Civil Code 1954 Commit a significant and intentional violation of illegal entry into a tenant's unit.

5. California civil code section 1714 Federal 15 U.S. Code 1681o - Civil liability for negligent

6. See Li v. Yellow Cab Co. 532 P2d 1226 (1975)

## DEMAND FOR RELIEF

Veritas Investment Inc., et al, and Greentree Property Management be ordered to pay Plaintiff $1 200,000,000, That the building Manager be orded to pay Plaintiff 30,000,000 and that Jessica Castorena, be ordered to pay Plaintiff 5,000,000. That all medical costs be paid, for the rest of Plaintiff's life

Respectfully submitted,

Date: 10 Oct. 2023 Sign Name: [signature]

Print Name: James Ellis Johnson

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that he is a person of such age and discretion to be competent to serve papers. The undersigned further certifies that he is causing a copy of the following:

Complaint

To be served this date upon the party in this action by placing a true copy thereof in a sealed envelope and served as follows:

✓ **FIRST CLASS MAIL** by placing such envelope(s) with postage thereon fully prepaid in the designated area for outgoing U.S. mail in accordance with this office's practice.

___ **CERTIFIED MAIL** (#) by placing such envelope(s) with postage thereon fully prepaid in designated area for outgoing U.S. mail in accordance with this office's practice.

___ **PERSONAL SERVICE (BY MESSENGER)**

___ **FEDERAL EXPRESS via Priority Overnight**

___ **FACSIMILE (FAX)** telephone No.: See Below

to the party(ies) as follows:

Attorney
Edward C. Singer Jr.
340 Lorton Avenue, Suite 202
Burlingame Ca. 94010

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on 10 Oct. 2023, at San Francisco, California.

______________________ by ______________________
James Ellis Johnson
Plaintiff