- 1 -

RECEIVED

2024 MAR 27 P 5:33

CLERK U.S. DISTRICT COURT NO. DIST. OF CA.

Your Name: James Ellis Johnson

Address: 1819 Golden Gate Ave. #12, San Francisco, Ca. 94115

Phone Number: 415-624-5011

Fax Number: 415-563-1975

E-mail Address: jamesellisjohnsin@att.net

Pro Se Plaintiff

FILED

MAR 27 2024

CLERK, U.S. DISTRICT COURT NORTH DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Division [check one]: ☒ San Francisco ☐ Oakland ☐ San Jose ☐ Eureka

James Ellis Johnson

Plaintiff,

vs.

Veritas Investment Inc.et al

Greentree Property Management

Jessica Castorena, Ehsan Panah

Defendant.

Case Number 23-cv-5190- AMO

[First, Second, etc.] First

**AMENDED COMPLAINT**

DEMAND FOR JURY TRIAL

Yes ☒ No ☐

**PARTIES**

1. Plaintiff. [*Write your name, address, and phone number. Add a page for additional plaintiffs.*]

Name: James Ellis Johnson

Address: 1819 Golden Gate Ave. #12, San Francisco, Ca 94115

Telephone: 415-624-5011

2. Defendants. [*Write each defendant's full name, address, and phone number.*]

Defendant 1:

Name: Veritas Investment Inc., et al

Address: 1 Bush Street, Suite 900, San Francisco, Ca. 94122

Telephone: 415-578-7610

Defendant 2: Grenntree Property Management

Name:

Address: 2443 Fillmore St. #380-2009, San francisco, Ca.94115

Telephone: 415-347-8600

Defendant 3:

Name: Greentree Property Management Employees

Address: Jessica Castorena, and Ehsan Panah
2443 Fillmore St. #380-2009, San Francisco, Ca. 94115

Telephone: 415-347-8600

**JURISDICTION**

[*Usually only two types of cases can be filed in federal court, cases involving "federal questions" and cases involving "diversity of citizenship." Check at least one box.*]

3. My case belongs in federal court

☒ under federal question jurisdiction because it is involves a federal law or right.

[*Which federal law or right is involved?*] Discrimination, Definition, Tort of Negligence Tort of Liability, Accessoriea, before the fact to Assault, Battery, Attempted Murder, Burglary, and Theft

☐ under diversity jurisdiction because none of the plaintiffs live in the same state as any of the defendants and the amount of damages is more than $75,000.

**VENUE**

[*The counties in this District are: Alameda, Contra Costa, Del Norte, Humboldt, Lake, Marin, Mendocino, Monterey, Napa, San Benito, Santa Clara, Santa Cruz, San Francisco, San Mateo, or Sonoma. If one of the venue options below applies to your case, this District Court is the correct place to file your lawsuit. Check the box for each venue option that applies.*]

4. Venue is appropriate in this Court because:

☒ a substantial part of the events I am suing about happened in this district.

☐ a substantial part of the property I am suing about is located in this district.

☐ I am suing the U.S. government, federal agency, or federal official in his or her official capacity and I live in this district.

☐ at least one defendant is located in this District and any other defendants are located in California.

## INTRADISTRICT ASSIGNMENT

[*This District has three divisions: (1) San Francisco/Oakland (2) San Jose; and (3) Eureka. First write in the county in which the events you are suing about happened, and then match it to the correct division. The San Francisco/Oakland division covers Alameda, Contra Costa, Marin, Napa, San Francisco, San Mateo, and Sonoma counties. The San Jose division covers Monterey, San Benito, Santa Clara, Santa Cruz counties. The Eureka division covers Del Norte, Humboldt, Lake, Mendocino counties, only if all parties consent to a magistrate judge.*]

5. Because this lawsuit arose in San Francisco County, it should be assigned to the San Francisco Division of this Court.

## STATEMENT OF FACTS

[*Write a short and simple description of the facts of your case. Include basic details such as where the events happened, when things happened and who was involved. Put each fact into a separate, numbered paragraph, starting with paragraph number 6. Use more pages as needed.*]

6. Plaintiff believes that the present U.S. Attorney what she wrote in another case, that plaintiff felt remarks were so preiudice, towards plaintiff. That any Judge thatreads it must be recused from hearing Plaintiff's case. The court's use of Wolfe v. Strankman 392 F .3d 358 . 362 (9th Cir. 2004). Plaintiff views the courts use of this case as a unfair insult, that lays the founddation for a extreme act of prejudice. Clearly Plaintiff's Exhibit #1 is proof to this court that Plaintiff is not a dumb negro, not worthy of respect. What tax law is this court talking about??? I'm not a attorney, but this case is not a joke to plaintiff. The San Francisco Police Department set Plaintiff up to be attavked, working with Greentree Property Management, and VA San Francisco MC. Two of the attacks, in which the attackers, tryed to break plaintiff

neck. Were viewed as contract hits, by the VA Hospital's Police talking to the San Francisco Police.

7. This took place at VA San Francisco's emergency room on about Oct.5 2021. The attacks that took place at Plaintiff's home, while he was sleeping in his bed, on Oct. 3, and Oct. 5 was attempted murder, not just a assault. Plaintiff needs the court to understand what his claims are. So that the court can take them seriously.

8. Plaintiff has never said this this case was about removing sound proofing from the building ( which happen in 2015 ).Nor is this case, about opioids being put into some greens that Plaintiff cooked, which took place on July 2016. They tryed to O.D. Plaintiff. This case is based on the fact that all of the Defendant's are liable for the security of this building Is the tort of negligence liability, based on the fact that the defendant's have reasonale knowedg that the Plaintiff was a 100% disabled veteran, who was placed in a unemployabilily status, by the department of veterans affairs, dating back to may 1992. In the last week of Sept. 2021 in a telephone conversation the attorney for the defendant's, Edward C. Singer Jr. informed Plaintiff, that Plaintiff had three restrauning orders, for work place, for work place violence and that the defendant's wanted Plaintiff to sign a rent board document, so that the defendant's could legally make Plaintiff a offer to move out of his rented home of at the time 29 years Now 32 years come this June.

9. Plaintiff denied that he had any restraining orders, for work place violence, denied that he ever said he was going

work, were viewed as contract hits, by the VA Hospital's Police; talking to the San Francisco Police.

7. This took place at VA San Francisco's emergency room on about Oct. 5 2021. The attacks that took place at Plaintiff's home, while he was sleeping in his bed, on Oct. 3, and Oct. 3 was attempted murder, not just a assault. Plaintiff needs the court to understand what his claims are, so that the court can take them seriously.

8. Plaintiff has never said this this case was about removing sound proofing from the building ( which happen in 2013 ), nor is this case, about odors being put into some greens that that Plaintiff cooked, which took place on July 2016. they trace to I.D. Plaintiff. This case is based on the fact that all of the defendant's are liable for the security of this building in the tort of negligence liability, based on the fact that the defendant's have reasonable knowledge that the Plaintiff was a 100% disabled veteran, who was placed in a unemployability status, by the department of veterans affairs, dating back to may 1992. In the last week of Sept. 2021 in a telephone conversation the attorney for the defendant's, Robert L. Sinker Jr. informed Plaintiff, that plaintiff had three restraining orders, for work place, for work place violence and that the defendant's wanted Plaintiff to sign a rent board document, so that the defendant's could legally make Plaintiff a offer to move out of his rented home of at the time 29 years now 32 years come this June.

9. Plaintiff denied that he had any restraining orders, for work place violence, denied that he ever said he was going

*[Copy this page and insert it where you need additional space.]*

to kill the building manager. Denied that he ever was threating to use firearms against people in the community. Causation: The Defendant's were party to these fabrications being put out into the community. Palsgraf v. Long island Railroad (section 7.5) " Actual cause (causation in fact) can be found if the conextion between the defendant's act and the Plaintiff injuries passes the "but for" test: If an injury would not have occurred, but for the defendant's conduct, then the defendant's is the cause of the injury. Duty of care, and its Breach: The defendant's wanted plaintiff out of his apartment, so they could make more money. The 2015 plan was to redo 3 apartments, the problem was only two of them were vacant. Because of rent control after 32 years, my rent is $940.00, if they get me out, and redo the apartment. They could rase the rent to $4500, a month. Kill a old man, for $3500 more a month, that's real great. Judge Aracele Martinez-Olguin.

10. Federal laws that give the court subject matter jurisdiction in this case 31 U.S. Code 6711 - Prohibited Discrimination (a), No person in the United States shall be excluded from participating in, be denied the benefits of, or be subject to discrimination. Plaintiff called greentree, and there Attorney Attorney. Cause I was being attacked in the apartment while sleeping in my bed. They said, , Plaintiff was making it all up, cause Plaintiff had fell. They denied Plaintiff any help at all, the defendant's allowed the attacks to take place. Plaintiff is the only tenant in the building who is blocked from paying his rent on line. Hate is Discrimination.

11. 28 U.S. 4101-- Definition. Civ. code 44: states that

to kill the building manager, denied that he ever was threatening to use firearms against people in the community. Causation: The Defendant's were party to these fabrications being put out into the community. Palsgraf v. Long Island Railroad (Section 7.5)." Actual cause (causation in fact) can be found if the connection between the defendant's act and the Plaintiff injuries passes the "but for" test: if an injury would not have occurred, "but for" the defendant's conduct, then the defendant's is the cause of the injury. Duty of care, and its breach: The defendant's wanted plaintiff out of his apartment, so they could make more money. The 2015 plan was to redo 3 apartments, the problem was only two of them were vacant. Because of rent control after 32 years, my rent is $940.00, if they get me out, and redo the apartment. They could raise the rent to $3500, a month. Kill a old man, for $3500 more a month, that's a good great... Angelli Dardinger-DiQuin.

10. Federal laws that give the court subject matter jurisdiction in this case 31 U.S. Code 6711 - Prohibited Discrimination (a). No person in the United States shall be excluded from participating in, be denied the benefits of, or be subject to discrimination. Plaintiff called attorneys, and there Attorney Attorney. Cause I was being attacked in the apartment while sleeping in my bed. They said, I Plaintiff was making it all up, cause Plaintiff had fell. They would not Plaintiff any help at all, the defendant's allowed the attacks to take place. Plaintiff is the only tenant in the building who is blocked from having his rent on line, that is discrimination. 11. 28 U.S. 4101-- Definition. Civ. code 44: states that

[Copy this page and insert it where you need additional space.]

defamation is affected by either Label or slander. It was [illegible] defamation i.e. slander, when the attorney for the defendant's said I was James. Johnson, i e, a violent person with three restraining orders, for work place violent. It was defamation i e Libel when greentree's building manger Ehsan Panah or other greentree employees illegally cam into Plaintiff's home, stole medical records, and other original documents. The first degree burglaty of Plantiff's home, and theft of records, can not be denied by the defendant's. Because there attorney used some of the stolen documents and Medical records. In a attempt to humiliate Plaintiff at the S.F. rent board hearing, and undermine two federal trials. But what he did in fact was to give Phaintiff undeniable proof, of barglary, theft, and defamation, i e, Libel.

12. This case is also about the tort of Negligence. From Forbes Advisor; Tort liability: Legal Definition, and Examples; by Christy Bieber, J.D., and Adam Ramirez J.D.

The tort of negligence occurs when a trorfeasor harms someone by failing to fulfill a legal duty to act with the required level of care. In negligence claims, a victim does not have to show a tortfeasor harmed them intentionally, They must show:

A. The tortfeasor had a duty to them.

B. The tortfeasor failed to live up to the duty, and was considered negligent.

*[Copy this page and insert it where you need additional space.]*

C. The Plaintiff was damaged as a direct result of the tortfeasor's breached duty.

D. The Plaintiff suffered Compensable harm. Plaintiff believes that the defendant's violation of law, cross the lines of Intentional Torts, and Vicarious Liability as well. But Plaintiff's main cause of action in this case is tort Negligence Liability.

13. The attacks on Plaintiff began after Plaintiff walk away from hearing what the landlords offer was for Plaintiff to move, because the landlords attorney, tryed to take away Plaintiff's right to refuse the offer. "He said, "we want you to sign these papers so we can make you a offer to move, then he said, "where you going to move to, going back to San Diego. The attacks began 4 days later (see Plaintiff Exhibit #2) given the timing of the attacks, the attackers were the agents of the landlord working for pay, and Vigilantes, made to believe, that Plaintiff was someone, who he was not.

14. This was the landlord, because a way had to be made, to get into Plaintiff's apartment and bedroom. This was the landlord, because

[Copy this page and insert it where you need additional space.]

they controled the cameras on every floor. The attacks could not have happen without the landlord playing a role. This was a attempted unlawful eviction, surported by the San Francisco Police Department who instigated the attacks causing all of this to happen. More then 14 felony assaults with Battery. You can't see Plaintiff both this on him self, because there was two James Johnson's, and the landlord lied with the Police and said I was the one with the three restraining orders for work place violence (see Plaintiff's Exhibit #3). Plaintiff Exhibit #4, Documents Plaintiff, as the city employee, when Plaintiff has not work on a Job, since he left the Army, May 15, 1992. Exhibit #5 documents, all the times Plaintiff called the Police for help, and did not get any. Exhibit #6 is the first surgery from the attack that took place on 9 Oct. 2021, they took the bone out of my right shoulder and replaced it with metal. Exhibit #7 is the second right shoulder replacement from the attack that took place on 9 Feb. 2022. Exhibit #8 is the surgery that took place on my left shoulder from the 9 Feb 2022 attack. Exhibit #9 is the new injry to both my left and right shoulders that from the attack that took place on Nov.

[Copy this page and insert it where you need additional space.]

4, 2022, And Exhibit #10, is Plaintiff trying to get the right Mental Health care to address all what happen to him. Do you think I should get nothing for this.

27 March 2024

Respectfully Submitted
[signature]
James Ellis Johnson
Pro Se/Plaintiff

Demand for Relief

Veritas Investment Inc, et al, and Greentree Property Management to be ordered to pay Plaintiff $1200,000,000. That the building Manager be ordered to pay, Plaintiff $30,000,000. And that Jessica Castorena, be ordered to pay Plaintiff $5,000,000. That all court cost are paid, and all medical costs paid for the rest of Plaintiff's life.

## CLAIMS

### First Claim

(Name the law or right violated: Discrimination, Definition, Tort of liability Tort of liability, Accessories, ~~before the fact~~)

(Name the defendants who violated it: Veritas Investment Inc. et al)

[*Explain briefly here what the law is, what each defendant did to violate it, and how you were harmed. You do not need to make legal arguments. You can refer back to your statement of facts.*]

1. 31 U.S. code 6711 - Prohibited Discrimination (a), No person, in the united states shall be excluded from participating in, be denied the benefits of, or be subject to Discrimination Plaintiff is the only tenant in the building that's blocked from paying his rent on line.

2. 28 U.S. 4101 - Definition, Civ. code 44 states that defamation is affected by either Libel, or slander. It was defamation i.e. slander, when the attorney for the Defendant's, said I was James Johnson, a violent person with three restraining orders, for work place violent.

3. Tort of Negligence, and tort of Liability

4. 18 U.S. Code Code Chapter 7 Assault: The 14 attacks on Plaintiff were felony assaults.

5. 10.2 Assault, and Battery

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that he is a person of such age and discretion to be competent to serve papers. The undersigned further certifies that he is causing a copy of the following: Plaintiff's Amended Complaint

To be served this date upon the party in this action by placing a true copy thereof in a sealed envelope and served as follows:

✓ **FIRST CLASS MAIL** by placing such envelope(s) with postage thereon fully prepaid in the designated area for outgoing U.S. mail in accordance with this office's practice.

___ **CERTIFIED MAIL** (#) by placing such envelope(s) with postage thereon fully prepaid in designated area for outgoing U.S. mail in accordance with this office's practice.

___ **PERSONAL SERVICE (BY MESSENGER)**

___ **FEDERAL EXPRESS via Priority Overnight**

___ **FACSIMILE (FAX)** telephone No.: See Below

to the party(ies) as follows:

Attorney
Edward C. Singer Jr.
340 Lorton Avenue, Suite 202
Burlingame Ca. 94010

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on 27 March 2024 ____, at San Francisco, California.

by [signature]
James Ellis Johnson
Plaintiff

EXHIBIT 1

ILWU
# Warehouse Union Local 6
INTERNATIONAL LONGSHOREMEN'S & WAREHOUSEMEN'S UNION
255 NINTH STREET, SAN FRANCISCO, CALIFORNIA 94103 • (415) 621-7326

June 26, 1981

Mr. Steve Thompson, Plant Manager
Heublein, Inc.
151 Commonwealth Drive
Menlo Park, CA 94025

Dear Mr. Thompson:

In reference to your letter dated June 23, 1981 to Keith Eickman, President of our Union, a copy of which I too received, our existing contract provides the necessary procedures to deal with grievances, which, of course, is available to both parties under the contract.

Sincerely,

Joseph Figueiredo
Business Agent

opeu:29
cc: Ellis Johnson, Chief Steward

THE REGENTS OF THE

# University of California

ON THE NOMINATION OF THE FACULTY

OF THIRD COLLEGE

HAVE CONFERRED UPON

JAMES ELLIS JOHNSON

THE DEGREE OF BACHELOR OF ARTS

WITH A MAJOR IN COMMUNICATIONS

WITH ALL THE RIGHTS AND PRIVILEGES THERETO PERTAINING

GIVEN AT SAN DIEGO

THIS FOURTEENTH DAY OF JUNE IN THE YEAR

NINETEEN HUNDRED AND SEVENTY-FIVE

GOVERNOR OF CALIFORNIA AND
PRESIDENT OF THE REGENTS

CHANCELLOR AT SAN DIEGO

PRESIDENT OF THE UNIVERSITY

PROVOST OF THE COLLEGE

UNIVERSITY OF CALIFORNIA SAN DIEGO

JAM… (NAME OF STUDENT) *COM… (MAJOR PROGRAM)

RESIDENT (RESIDENCE STATUS) LA. CALIF (HOME) LA. CALIF (PLACE OF BIRTH) 09-28-50 (DATE OF BIRTH)

SEP 1971 (DATE ADMITTED) REGULAR (STUDENT STATUS)

UNDERGRADUATE STUDENT RECORD CARD 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 CHC 06-14-75

- SECONDARY SCHOOL - - DATE GRADUATED -
GARDENA HIGH SCHOOL JAN 1969

- UNIVERSITY REQUIREMENTS -
09-71 SUBJECT A- - REQT SATISFIED
09-71 AMERICAN HISTORY- REQT SATISFIED
09-71 AMERICAN INSTITUTION-REQT SATISFIED

- DEGREES -
540 06-14-75 BA DEGREE COMMUNICATIONS

- CREDENTIALS/CERTIFICATES -

| LINE | DESCRIPTIVE TITLE | DEPARTMENT | COURSE NO. | CREDITS | GRADE | GR. PNTS | CODE |
|---|---|---|---|---|---|---|---|
| 711 | LOS ANGELES SW. 2 TRM TO 06-69 | | | | | | |
| 712 | U.C. EXT. 1 TRM TO 06-71 | | | | | | |
| 712A | TOTAL | | | 12.0* | | | |
| | FALL QUARTER 1971 | | | | | | |
| 713 | INTRO TO MODERN BIO | SCI/TEC | 1A | 4.0 | A | 16.0 | |
| 714 | THIRD WORLD STUDIES | 3RD WLD | 1A | 4.0 | B | 12.0 | |
| 715 | SPECIAL STUDIES | VIS ART | 199 | 4.0 | A | 16.0 | |
| 716 | T V PRODUC/ANALYSIS | COMMUNI | 101A | 4.0 | B | 12.0 | |
| 717 | T V PRODUC/ANALYSIS | COMMUNI | 101AL | 2.0 | A | 8.0 | |
| | | | | 18.0* | | 64.0* | |
| | 18.0* ATTM 18.0* PSSD | | 64.0* | G.P. | | 28.0 | BAL |
| 718 | 12-71 DEANS HONOR LIST | | | | | | |
| 718A | UCSD EXTENSION 1/71-3/71 | | | | | | |
| 718B | TOTAL | | | 12.0* | | | |
| | WINTER QUARTER 1972 | | | | | | |
| 719 | T V DOCUMENTARY | COMMUNI | 101B | 4.0 | B | 12.0 | |
| 720 | SCIENCE/TECHNOLOGY | SCI/TEC | 1D | 4.0 | A | 16.0 | |
| 721 | COMMUNITY DYNAMICS | UGR DEV | 101 | 4.0 | F | 0.0 | |
| | | | | 12.0* | | 28.0* | |
| | 30.0* ATTM 26.0* PSSD | | 92.0* | G.P. | | 32.0 | BAL |
| | SPRING QUARTER 1972 | | | | | | |
| 722 | TV AS A SOC FORCE | COMMUNI | 101C | 4.0 | A | 16.0 | |
| 723 | COMM ANAL RESEARCH | COMMUNI | 190 | 4.0 | B | 12.0 | |
| | | | | 8.0* | | 28.0* | |
| | 38.0* ATTM 34.0* PSSD | | 120.0* | G.P. | | 44.0 | BAL |
| | FALL QUARTER 1972 | | | | | | |
| 725 | INTERACTION/SCI/SOC | SCI/TEC | 100 | 4.0 | A | 16.0 | |
| 726 | INDEPEND GROUP STU | COMMUNI | 198 | 4.0 | B | 12.0 | |
| 727 | DIRECT GROUP STUDY | THR WLD | 198 | 4.0 | A | 16.0 | |
| | | | | 12.0* | | 44.0* | |
| | 50.0* ATTM 46.0* PSSD | | 164.0* | G.P. | | 64.0 | BAL |
| 728 | 12-72 DEANS HONOR LIST | | | | | | |
| | WINTER QUARTER 1973 | | | | | | |
| 729 | BEGIN CAMERA TECH | COMMUNI | 60 | 4.0 | C | 8.0 | |
| | | | | 4.0* | | 8.0* | |
| | 54.0* ATTM 50.0* PSSD | | 172.0* | G.P. | | 64.0 | BAL |
| | SPRING QUARTER 1973 | | | | | | |
| 731 | 05-22-73 WITHDREW - H.D. GRANTED 05-22-73. | | | | | | |
| | FALL QUARTER 1973 | | | | | | |
| 732 | ERA/FRENCH REVOL | HISTORY | 135 | 4.0 | C | 8.0 | |
| 733 | BEGIN CAMERA TECH | VIS ART | 60 | 4.0 | C | 8.0 | |
| 734 | FIRST LOOK/MOVIES | VIS ART | 88 | 4.0 | A | 16.0 | |
| | | | | 12.0* | | 32.0* | |
| | 66.0* ATTM 62.0* PSSD | | 204.0* | G.P. | | 72.0 | BAL |

11656 (FILE NUMBER) 40778-065 U (ROSTER NUMBER) JOHNSON, JAMES ELLIS (NAME OF STUDENT) THIRD (COLLEGE) *COMMUNICATIONS (MAJOR PROGRAM)

| LINE | DESCRIPTIVE TITLE | DEPARTMENT | COURSE NO. | CREDITS | GRADE | GR. PNTS | CODE |
|---|---|---|---|---|---|---|---|
| | WINTER QUARTER 1974 | | | | | | |
| 735 | POL ECON/INTNTL COM | COMMUNI | 181 | 4.0 | B | 12.0 | GO |
| 736 | POLITICAL CHNGE/USA | POLI SC | 150A | 4.0 | A | 16.0 | GO |
| 737 | HARD LOOK AT MOVIES | VIS ART | 188 | 4.0 | C | 8.0 | |
| | | | | 12.0* | | 36.0* | |
| | 78.0* ATTM 74.0* PSSD | | 240.0* | G.P. | | 84.0 | BAL |
| | SPRING QUARTER 1974 | | | | | | |
| 738 | COMPOSITION | COMMUNI | 10 | 4.0 | B | 12.0 | |
| 739 | 8MM FILM WORKSHOP | COMMUNI | 110 | 4.0 | B | 12.0 | |
| 740 | AUDIO VISUAL RES | COMMUNI | 160 | 4.0 | A | 16.0 | |
| 741 | PRAGMTCS/HUMAN COMM | COMMUNI | 182 | 4.0 | B | 12.0 | |
| | | | | 16.0* | | 52.0* | |
| | 94.0* ATTM 90.0* PSSD | | 292.0* | G.P. | | 104.0 | BAL |
| 741A | SAN DIEGO COMM COLL | SUMMER 1974 | | | | | |
| 741B | TOTAL | | | 4.5* | | | |
| | FALL QUARTER 1974 | | | | | | |
| 742 | CULT/PERSON/ED PROC | CON ISU | 190 | 4.0 | B | 12.0 | |
| 743 | COMM DYN/ETHNICITY | UGR STU | 111 | 4.0 | P | P/NP | |
| 744 | INDEPENDENT STUDY | COMMUNI | 199 | 4.0 | P | P/NP | |
| 745 | STATISTCS/MATH ANAL | MATH | 6A | 4.0 | P | P/NP | |
| 746 | UNDERGRAD TEACHING | COMMUNI | 195 | 4.0 | A | 16.0 | |
| | | | | 8.0* | | 28.0* | |
| | 102.0* ATTM 98.0* PSSD | | 320.0* | G.P. | | 116.0 | BAL |
| | WINTER QUARTER 1975 | | | | | | |
| 747 | INFO/ACAD LIBRARIES | CON ISU | 50 | 2.0 | C | 4.0 | |
| 748 | RUSSIA+1855-PRESENT | HISTORY | 110B | 4.0 | B | 12.0 | |
| 749 | SOC/ECON HIS/S WEST | HISTORY | 155A | 4.0 | C | 8.0 | |
| 750 | SOC OF THE WEST | COMMUNI | 155 | 4.0 | B | 12.0 | |
| 751 | FILMS AND SOCIETY | COMMUNI | 187 | 4.0 | B | 12.0 | |
| 752 | UNDERGRAD TEACHING | COMMUNI | 195 | 4.0 | A | 16.0 | |
| | | | | 22.0* | | 64.0* | |
| | 124.0* ATTM 120.0* PSSD | | 384.0* | G.P. | | 136.0 | BAL |
| | SPRING QUARTER 1975 | | | | | | |
| 753 | INDEPENDENT STUDY | COMMUNI | 199 | 4.0 | P | P/NP | |
| 754 | POWER/AMER SOCIETY | SOC | 143 | 4.0 | B | 12.0 | |
| 755 | SENIOR SEMINAR | SOC | 190 | 4.0 | A | 16.0 | |
| 756 | PHOTO STRATEGIES | VIS ART | 167A | 4.0 | A | 16.0 | |
| 757 | SOVIET UNION/1920 S | HISTORY | 110Q | 4.0 | A | 16.0 | |
| | | | | 16.0* | | 60.0* | |
| | 140.0* ATTM 136.0* PSSD | | 444.0* | G.P. | | 164.0 | BAL |
| 758 | 06-75 PROVOSTS HONOR LIST | | | | | | |

- MEMORANDA -

TOTAL PASS/NOT PASS ATTM 16.0 PASSED 16.0

QUARTER CREDITS COMPLETED 180.5 UC GPA 3.171

* * * * * * * * * * * * * * * * * * *

[illegible]

RECEIVED

INFORMATION CONCERNING INTERPRETATION OF THIS TRANSCRIPT AND ITS AUTHENTICITY MUST BE PRINTED ON REVERSE SIDE

EXHIBIT 2

# TruthTools

**1164 Euclid Av.**
**Berkeley, CA 94708**
**(510) 697-5675**
**HYPERLINK "mailto:donald.bender@cal.berkeley.edu"**
**donald.bender@cal.berkeley.edu**

**Thursday,**
**December 21, 2023**

To Whom It May Concern:

At his own volition, James Ellis Johnson was given a **Computer Voice Stress Interview** and **GSR Macro Dual Mode Poly Instrument Examination** on 12/21/2023 to help confirm the veracity of certain specified matters. In addition to the interview, the instrument portion of the test consisted of three (3) **Neutral Questions**, three (3) **Control Questions**, and four (4) **Relevant Questions**. The answers to Relevant Questions are scored as **DECEPTIVE**, **NONDECEPTIVE**, or **UNDECIDED**. The results of this examination are detailed and evaluated on the following page of this report.

**NOTE:**

**In order to insure maximum confidentiality, all personal test data are deleted after Tabulated Report is sent to party designated by client.**
**Although test findings are considered highly accurate, it is strongly recommended that they be compared and contrasted with other substantive evidence before making any important life decision.**
**No hard copy report should be considered authentic, unless bearing stamped seal and encrypted security code.**

# TABULATED REPORT

| RELEVANT QUESTIONS | RESPONSE | JUDGMENT | # SCORE |
|---|---|---|---|
| 1. Did you tell the Greentree property manager more than three (3) years ago about the need for repairs to your apartment? | YES | TRUTHFUL NONDECEPTIVE | 9.5% |
| 2. Did you require surgery on your shoulders because on February 9th 2022 you were again physically attacked while sleeping in your apartment? | YES | TRUTHFUL NONDECEPTIVE | 8.9% |
| 3. Did Dino De Santis, the property manager, ever tell you that you could deduct the cost of repairing the washing machine, the icemaker, and the sauna from your rent? | YES | TRUTHFUL NONDECEPTIVE | 9.0% |
| 4. Did the police ignore your report that an intruder put roach spray on your cereal? | YES | TRUTHFUL NONDECEPTIVE | 9.3% |

>8.7 scored ND <8.4 scored DI 8.5-8.6 scored UD

**_*Note background cells must be solid for_**

***authentic report data!***

***Sorting Code: PTM4156***

***Invoice: $452 was paid by Mr. Johnson in cash prior to testing on 12/14/23 and again on 12/2123***

*D. I. Bender*
TruthTools Staff Examiner
Clinical member CAMFT
*Society of Trial Consultants*



EMBED Photoshop.Image.5 \s

# TruthTools

1164 Euclid Av.
Berkeley, CA 94708
(510) 697-5675
HYPERLINK "mailto:donald.bender@cal.berkeley.edu"
donald.bender@cal.berkeley.edu

**Thursday, December 14, 2023**

## To Whom It May Concern:

At his own volition, James Ellis Johnson was given a **Computer Voice Stress Interview** and **GSR Macro Dual Mode Poly Instrument Examination** on 12/14/2023 to help confirm the veracity of certain specified matters. In addition to the interview, the instrument portion of the test consisted of three (3) **Neutral Questions**, three (3) **Control Questions**, and four (4) **Relevant Questions**. The answers to Relevant Questions are scored as **DECEPTIVE**, **NONDECEPTIVE**, or **UNDECIDED**. The results of this examination are detailed and evaluated on the following page of this report.

**NOTE:**

**In order to insure maximum confidentiality, all personal test data are deleted after Tabulated Report is sent to party designated by client.**

**Although test findings are considered highly accurate, it is strongly recommended that they be compared and contrasted with other substantive evidence before making any important life decision.**

**No hard copy report should be considered authentic, unless bearing stamped seal and encrypted security code.**

# TABULATED REPORT

| RELEVANT QUESTIONS | RESPONSE | JUDGMENT | # SCORE |
|---|---|---|---|
| 1. Did you say the words to the building manager: "I'M GOING TO KILL YOU."? | NO | TRUTHFUL NONDECEPTIVE | 9.3% |
| 2. Did the police say to you that the building manager told them that you said you were going to kill him? | YES | TRUTHFUL NONDECEPTIVE | 9.5% |
| 3. Did the owner of the building next-door to where you live try and run you over with a scooter when the area lights were turned off? | YES | TRUTHFUL NONDECEPTIVE | 9.2% |
| 4. When you tried to make a complaint against the driver of the scooter did the San Francisco Police Department refuse to allow the complaint to be filed? | YES | TRUTHFUL NONDECEPTIVE | 9.1% |

**>8.7 scored ND <8.4 scored DI 8.5-8.6 scored UD**

***Note background cells must be solid for authentic report data!***

***Sorting Code: PTM4156***

*D. I. Bender*
TruthTools Staff Examiner
Clinical member CAMFT
*Society of Trial Consultants*



EMBED Photoshop.Image.5 \s

1
Date: November 28, 2023
Subject: James Ellis Johnson

# Quality Assurance Polygraph LLC

1840 Alcatraz Avenue
Berkeley, CA 94703

***CONFIDENTIAL***

---

| | |
|---|---|
| **DATE:** | James Ellis Johnson |
| **TO:** | November 28, 2023 |
| **FROM:** | Quality Assurance Polygraph LLC |
| **EXAMINER:** | Dalton Pizzuti |
| **SUBJECT:** | James Ellis Johnson |
| **TECHNIQUE:** | Federal U-Phase |
| **ISSUE:** | Victim of Assault |
| **EXAM RESULT:** | No Deception Indicated (Truthful) |

---

Affiliations:

Member of American Association of Police Polygraphists
California Association of Polygraph Examiners
American Polygraph Association
Certified Graduate Marston Polygraph Academy

## Instrumentation

**Stoelting Computer Polygraph System**

**Data Collected:** Thoracic Respiration (pneumatic)
Abdominal Respiration (pneumatic)
Palmer Sweating/Skin Potential
Pulse Rate and Relative Changes in Blood Pressure
Body Movement
Audio and Video

## Introduction

This credibility assessment examination does not detect lies. There are no unique physiological reactions specific to lying. Rather, an inference of truth or deception is based upon the magnitude and distribution of reactions. Published research shows individuals who are truthful when answering relevant questions will consistently react to the known lie questions. The deceptive individual's magnitude and distributions of reactions will focus on the relevant questions and tend to ignore the known lie questions. It is the differential salience that allows a highly accurate inference of truth or deceptions.

## Suitability for Examination

During the pre-examination interview and credibility assessment process, the examiner carefully observed James Ellis Johnson's behavior and interaction with the examiner. James Ellis Johnson was able to fully understand and verbally respond appropriately to questions asked by the examiner. James Ellis Johnson asked appropriate questions to address areas of concern. Based upon these observations and the interaction between the examiner and James Ellis Johnson, the examiner reports no concerns about James Ellis Johnson's credibility assessment examination.

## Description of Issue Being Tested On

James Ellis Johnson was identified by his California Driver's License Number A0451242. He had prepared handwritten 5 statements regarding physical attacks against himself that occurred in his residence. The 5 statements were typed out by the examiner, and then reviewed and signed by James Ellis Johnson. The signed statement of fact is attached to the end of the polygraph report.

## Questions Asked During the Examination

**Question: "Is the statement of fact you signed today factual and accurate?"**

**Answer: "Yes."**

**Question: "Did you falsify any of the information you provided in the statement of fact you signed today?"**

**Answer: "No."**

## Definition of Salient Terms (Key Phrases Used During Examination)

Because of the importance of the relevant questions, it is imperative that James Ellis Johnson understand and agree with the definition of the terms used in the relevant questions. To facilitate this process, the examiner and James Ellis Johnson discussed the relevant questions and James Ellis Johnson told the examiner what each salient term meant to them. If the explanation was consistent with the intent of the relevant question, the questions were approved. If James Ellis Johnson's definition was not consistent with the intent of the relevant question, the question was changed using wording consistent to James Ellis Johnson's level of education, life experience, and normal conversational terms.

## Assessment Technique

Testing format: Federal U-Phase

The data gathered during this credibility assessment examination meets the standards of the technique and is suitable for both subjective and computer analysis.

## Data Analysis & Outcome of the Examination

The subjective analysis of the data gathered during James Ellis Johnson's credibility assessment examination was accomplished using a statistically validated scoring system, the Empirical Scoring System. During the analysis of the data, the examiner compared the reactions occurring during the scoring window of the relevant questions with the known lie questions as designated by the technique, and an outcome was decided by the examiner.

The polygraph data was evaluated globally to determine the quality of the data gathered, and to determine the presence of any countermeasures. There were no countermeasures detected, and the data gathered was suitable for evaluation. The data gathered and scored during the examination resulted in statistically significant numerical scores that support a conclusion of **No Deception Indicated.**

**Note:** If there were significant physiological reactions for any single relevant question, then the test will not be able to be ruled as No Deception Indicated (Truthful). If there were significant physiological reactions to any relevant questions, those questions will be listed below.

Exam Ruling: **No Deception Indicated**

## Reviewing Examiner's Diagnostic Opinion

After careful review of all the data gathered during James Ellis Johnson's credibility assessment examination the data shows the magnitude and distribution of reactions were shown to be consistent with what published peer reviewed research found for those who were **TRUTHFUL** when answering relevant questions

Respectfully submitted,

Dalton Pizzuti

Dalton Pizzuti

Quality Assurance Polygraph LLC

References

Human vs Computerized Evaluations of Polygraph Data in a Laboratory Setting; John C. Kircher and David C. Raskin. Journal of Applied Psychology, 1988 Vol. 73, No. 2, 191-302.

Computer Methods for the Psycho-Physiological Detection of Deception; J. Kircher, D. Raskin, M. Kliner, University of Utah, 2002

Computer Analysis of Psycho-Physiological Data, National Institute of Justice, United States Secret Service, J. Kircher and D. Raskin 1988

I, James Ellis Johnson (CA DL#: A0451242) acknowledge that the following is true and factual:

1. In the last week of September 2021, Attorney Edward C. Singer, stated Greentree wanted me to sign a rent board document so they could make me an offer to move.
2. In the first week of October 2021 I was attacked twice while sleeping in my bed.
3. In both of the attacks mentioned above, they tried to break my neck.
4. On October 9, 2023, I was attacked in my home, and had my right shoulder ripped apart.
5. On November 9, 2021, I underwent right shoulder replacement surgery because of the attack that took place on October 9, 2021.

#4 should say Oct. 9, 2021, not 2023
Y.O.Y.
26 March 2023

Signature_________________________ Date 28 Nov, 2023

Witness_________________________ Date November 28, 2023

EXHIBIT 3

Superior Court of California, County of San Francisco

# Case Information

## CCH-20-583031

CITY AND COUNTY OF SAN FRANCISCO VS. JAMES JOHNSON (Unlimited)

## Register of Actions

| Date | Proceedings | Fee |
|---|---|---|
| Feb-10-2021 | AFTER HEARING OF NOTICE OF HEARING (WORKPLACE VIOLENCE) FOR OSC/TRO ON FEB-10-2021 - MATTER IS DISMISSED WITHOUT PREJUDICE BY THE COURT. NO APPEARANCE BY PETITIONER CITY AND COUNTY OF SAN FRANCISCO OR RESPONDENT JAMES JOHNSON. NO PROOF OF SERVICE ON FILE. PROCEEDINGS REPORTED BY GISELLE CASEY, CSR #8098. TELEPHONE: 415-551-3680. EMAIL: GCASEY@SFTC.ORG. JUDGE: MURLENE J. RANDLE. CLERK: K. DOUGHERTY. BAILIFF: DEPUTIES NEVES & JOHNSON. (D514). | |
| Dec-11-2020 | REQUEST TO CONTINUE HEARING AND REISSUE TRO (WORKPLACE VIOLENCE) AGAINST RESPONDENT JAMES JOHNSON FILED BY PLAINTIFF CITY AND COUNTY OF SAN FRANCISCO | d |
| Dec-11-2020 | CIVIL HARASSMENT CALENDAR OF DEC-11-2020 ORDERED REISSUED FOR ORDER TO SHOW CAUSE AND TRO (WORKPLACE VIOLENCE) ON FEB-10-2021 AT 8:45 AM IN DEPT. 514. PROCEEDINGS REPORTED BY JOANN PRIOR, CSR #9129. TELEPHONE: 415-405-5830. EMAIL: JPRIOR@SFTC.ORG. JUDGE: GERARDO C. SANDOVAL. CLERK: K. DOUGHERTY. BAILIFF: DEPUTIES KAHLER & BLANCO. (D514). | |
| Dec-11-2020 | MINI MINUTES FOR DEC-11-2020 08:45 AM FOR DEPT 514 | |
| Oct-02-2020 | CIVIL HARASSMENT CALENDAR OF OCT-02-2020 ORDERED REISSUED FOR ORDER TO SHOW CAUSE AND TRO (WORKPLACE VIOLENCE) ON DEC-11-2020 AT 8:45 AM IN DEPT. 514 DUE TO THE UNAVAILABILITY OF PETITIONER'S WITNESS, ESETA SOSENE. LISA B. BERKOWTIZ, ESQ. APPEARED FOR PETITIONER CITY AND COUNTY OF SAN FRANCISCO. NO APPEARANCE BY RESPONDENT JAMES JOHNSON. PROOF OF SERVICE ON FILE. COUNSEL FOR PETITIONER SHALL PREPARE THE PROPOSED REISSUANCE ON THE ORDER ORDER TO SHOW CAUSE AND TEMPORARY RESTRAINING ORDER (WORKPLACE VIOLENCE) AND SUBMIT SAME TO THE COURT FOR REVIEW AND SIGNATURE. PROCEEDINGS REPORTED BY GISELLE CASEY, CSR #8098. TELEPHONE: 415-551-3670. EMAIL: GCASEY@SFTC.ORG. JUDGE: GERARDO C. SANDOVAL. CLERK: K. DOUGHERTY. BAILIFF: DEPUTIES SIU & WU. (D514). | |
| Sep-04-2020 | PROOF OF SERVICE OF WV-100, WV-110, WV-109 WV-120, WV-120-INFO FILED BY PLAINTIFF CITY AND COUNTY OF SAN FRANCISCO SERVED AUG-25-2020, PERSONAL SERVICE AS TO DEFENDANT JOHNSON, JAMES | d |
| Aug-31-2020 | PROOF OF SERVICE OF WV-100, WV-109, WV-110, WV-120, WV-120-INFO (TRANSACTION ID # 65889491) FILED BY PLAINTIFF CITY AND COUNTY OF SAN FRANCISCO SERVED AUG-25-2020, PERSONAL SERVICE AS TO DEFENDANT JOHNSON, JAMES | e |
| Aug-11-2020 | TEMPORARY RESTRAINING ORDER (CIVIL HARASSMENT) (WORKPLACE VIOLENCE) FILED BY PLAINTIFF CITY AND COUNTY OF SAN FRANCISCO AS TO DEFENDANT JOHNSON, JAMES | d |
| Aug-11-2020 | NOTICE OF HEARING (WORKPLACE VIOLENCE) FILED BY PLAINTIFF CITY AND COUNTY OF SAN FRANCISCO AS TO DEFENDANT JOHNSON, JAMES HEARING SET FOR OCT-02-2020 AT 08:45 AM IN DEPT 514 | d |
| Aug-10-2020 | COURT REPORTING SERVICES LESS THAN 1 HOUR FILED BY PLAINTIFF CITY AND COUNTY OF SAN FRANCISCO | EXEMPT |

Superior Court of California, County of San Francisco

# Case Information

## CCH-20-583031

CITY AND COUNTY OF SAN FRANCISCO VS. JAMES JOHNSON (Unlimited)

## Register of Actions

| Date | Proceedings | Fee |
|---|---|---|
| Aug-10-2020 | PETITION FOR INJUNCTION PROHIBITING HARASSMENT OF EMPLOYEE FILED BY PLAINTIFF CITY AND COUNTY OF SAN FRANCISCO AS TO DEFENDANT JOHNSON, JAMES | EXEMPT d |

# Superior Court of California, County of San Francisco

## Case Information

## CCH-20-583033

CITY AND COUNTY OF SAN FRANCISCO VS. JAMES JOHNSON (Unlimited)

## Register of Actions

| Date | Proceedings | Fee | |
|---|---|---|---|
| Dec-29-2020 | PROOF OF SERVICE OF PROOF OF SERVICE OF ORDER AFTER HEARING (TRANSACTION ID # 66214837) FILED BY PLAINTIFF CITY AND COUNTY OF SAN FRANCISCO SERVED DEC-18-2020, MAIL AS TO DEFENDANT JOHNSON, JAMES | | e |
| Nov-05-2020 | RESTRAINING ORDER AFTER HEARING TO STOP WORKPLACE VIOLENCE FILED BY PETITIONER CITY AND COUNTY OF SAN FRANCISCO AGAINST RESPONDENT JAMES JOHNSON | | d |
| Oct-02-2020 | CIVIL HARASSMENT CALENDAR OF OCT-02-2020 - GRANTED. COUNSEL FOR PETITIONER SHALL PREPARE THE PROPOSED WORKPLACE VIOLENCE RESTRAINING ORDER AFTER HEARING AND SUBMIT SAME TO THE COURT FOR REVIEW AND SIGNATURE. PROCEEDINGS REPORTED BY GISELLE CASEY, CSR #8098. TELEPHONE: 415-551-3670. EMAIL: GCASEY@SFTC.ORG. JUDGE: GERARDO C. SANDOVAL. CLERK: K. DOUGHERTY. BAILIFF: DEPUTIES SIU & WU. (D514). | | |
| Oct-02-2020 | MINI MINUTES FOR OCT-02-2020 08:45 AM FOR DEPT 514 | | |
| Sep-04-2020 | PROOF OF SERVICE OF WV-110, WV-109, WV-100, WV-120, WV-120-INFO FILED BY PLAINTIFF CITY AND COUNTY OF SAN FRANCISCO SERVED AUG-25-2020, PERSONAL SERVICE AS TO DEFENDANT JOHNSON, JAMES | | d |
| Aug-31-2020 | PROOF OF SERVICE OF WV-100, WV-109, WV-110, WV-120, WV-120-INFO (TRANSACTION ID # 65889424) FILED BY PLAINTIFF CITY AND COUNTY OF SAN FRANCISCO SERVED AUG-25-2020, PERSONAL SERVICE AS TO DEFENDANT JOHNSON, JAMES | | e |
| Aug-11-2020 | TEMPORARY RESTRAINING ORDER (WORKPLACE VIOLENCE) FILED BY PLAINTIFF CITY AND COUNTY OF SAN FRANCISCO AS TO DEFENDANT JOHNSON, JAMES | | d |
| Aug-11-2020 | NOTICE OF HEARING (WORKPLACE VIOLENCE) FILED BY PLAINTIFF CITY AND COUNTY OF SAN FRANCISCO AS TO DEFENDANT JOHNSON, JAMES HEARING SET FOR OCT-02-2020 AT 08:45 AM IN DEPT 514 | | d |
| Aug-10-2020 | COURT REPORTING SERVICES LESS THAN 1 HOUR FILED BY PLAINTIFF CITY AND COUNTY OF SAN FRANCISCO | EXEMPT | |
| Aug-10-2020 | PETITION FOR INJUNCTION PROHIBITING HARASSMENT OF EMPLOYEE FILED BY PLAINTIFF CITY AND COUNTY OF SAN FRANCISCO AS TO DEFENDANT JOHNSON, JAMES | EXEMPT | d |

Superior Court of California, County of San Francisco

# Case Information

CCH-20-583004

CITY AND COUNTY OF SAN FRANCISCO VS. JAMES JOHNSON (Unlimited)

## Register of Actions

| Date | Proceedings | Fee | |
|---|---|---|---|
| Dec-29-2020 | PROOF OF SERVICE OF PROOF OF SERVICE OF ORDER AFTER HEARING (TRANSACTION ID # 66214848) FILED BY PLAINTIFF CITY AND COUNTY OF SAN FRANCISCO SERVED DEC-18-2020, MAIL AS TO DEFENDANT JOHNSON, JAMES | | e |
| Nov-05-2020 | RESTRAINING ORDER AFTER HEARING TO STOP WORKPLACE VIOLENCE FILED BY PETITIONER CITY AND COUNTY OF SAN FRANCISCO AGAINST RESPONDENT JAMES JOHNSON | | d |
| Oct-02-2020 | CIVIL HARASSMENT CALENDAR OF OCT-02-2020 - GRANTED. COUNSEL FOR PETITIONER SHALL PREPARE THE PROPOSED WORKPLACE VIOLENCE RESTRAINING ORDER AFTER HEARING AND SUBMIT SAME TO THE COURT FOR REVIEW AND SIGNATURE.. PROCEEDINGS REPORTED BY GISELLE CASEY, CSR #8098. TELEPHONE: 415-551-3670. EMAIL: GCASEY@SFTC.ORG. JUDGE: GERARDO C. SANDOVAL. CLERK: K. DOUGHERTY. BAILIFF: DEPUTIES SIU & WU. (D514). | | |
| Oct-02-2020 | MINI MINUTES FOR OCT-02-2020 08:45 AM FOR DEPT 514 | | |
| Sep-04-2020 | PROOF OF SERVICE OF WV-109, WV-110, WV-100, WV-115, CH-116 FILED BY PLAINTIFF CITY AND COUNTY OF SAN FRANCISCO SERVED AUG-25-2020, PERSONAL SERVICE AS TO DEFENDANT JOHNSON, JAMES | | d |
| Aug-31-2020 | PROOF OF SERVICE OF WV-109, WV-110, WV-115, WV-116 (TRANSACTION ID # 65889469) FILED BY PLAINTIFF CITY AND COUNTY OF SAN FRANCISCO SERVED AUG-25-2020, PERSONAL SERVICE AS TO DEFENDANT JOHNSON, JAMES | | e |
| Aug-19-2020 | NOTICE OF NEW HEARING DATE AND ORDER ON REISSUANCE (WORKPLACE VIOLENCE) HEARING SET FOR OCT-02-2020 AT 08:45 AM IN DEPT 514 | | d |
| Aug-18-2020 | REQUEST TO CONTINUE HEARING AND REISSUE TRO (WORKPLACE VIOLENCE) (TRANSACTION ID # 65856600) FILED BY PLAINTIFF CITY AND COUNTY OF SAN FRANCISCO | | e |
| Jul-31-2020 | TEMPORARY RESTRAINING ORDER (WORKPLACE VIOLENCE) FILED BY PLAINTIFF CITY AND COUNTY OF SAN FRANCISCO AS TO DEFENDANT JOHNSON, JAMES | | d |
| Jul-31-2020 | NOTICE OF HEARING (WORKPLACE VIOLENCE) FILED BY PLAINTIFF CITY AND COUNTY OF SAN FRANCISCO AS TO DEFENDANT JOHNSON, JAMES HEARING SET FOR SEP-23-2020 AT 08:45 AM IN DEPT 514 | | d |
| Jul-31-2020 | COURT REPORTING SERVICES LESS THAN 1 HOUR FILED BY PLAINTIFF CITY AND COUNTY OF SAN FRANCISCO | EXEMPT | |
| Jul-31-2020 | PETITION FOR INJUNCTION PROHIBITING HARASSMENT OF EMPLOYEE FILED BY PLAINTIFF CITY AND COUNTY OF SAN FRANCISCO AS TO DEFENDANT JOHNSON, JAMES | EXEMPT | d |

EXHIBIT 4

CommandCAD

EVENT HISTORY DETAIL: Call 203512146
SAN FRANCISCO POLICE DEPARTMENT

Wednesday, June 2, 2021
15:30:50

SP203512146 B 905 MEET W/CITY EMPLOYEE 1819 GOLDEN GATE AV, SF

| | | | | |
|---|---|---|---|---|
| [12/16/2020] 16:08:00 | DT15 | A24516 | CREATE | Location:1819 GOLDEN GATE AV, SF Type:905 DAREA:3F Area:630B TypeDesc:MEET W/CITY EMPLOYEE LocDesc:btwn BRODERICK ST and BAKER ST LocCross:btwn BRODERICK ST and BAKER ST Priority:B Class:F:3PAT Agency:SP Map:A2 |
| 16:08:00 | DT15 | A24516 | ENTRY | Sector/Stn:F3 Map:A2 Comment:ONE MARKED UNIT WITH LESS LETHAL FOR WELL BEING CHECK |
| 16:08:00 | DT15 | A24516 | DISPOS | 3X38 Location:1819 GOLDEN GATE AV, SF |
| 16:08:00 | DT15 | A24516 | DISPOS | 3X36 Location:1819 GOLDEN GATE AV, SF |
| 16:08:00 | DT15 | A24516 | PRIU | 3X38 |
| 16:08:00 | CADAPP | TIB | PREMIS | Comment:PPR, FPR |
| 16:08:50 | DT15 | A24516 | BACKER | 3F13D Operator:A20975 A11395 OperNames:STARK,DAN #4366; BRATCHIKOV,STANISLAV #654 |
| 16:08:50 | K038 | A20975 | PRIOR | PremType:PPR 3F13D |
| 16:08:57 | K038 | A20975 | RI | 3F13D |
| 16:09:56 | DT15 | A24516 | MISCN | 3X38 Comment:904 AT CORNER OF GOLDEN GATE AND BRODERICK |
| 16:10:33 | DT15 | A24516 | BACKER | 3F43C Operator:A21944 A22160 OperNames:SWEENEY,THOMAS #2142; WASHINGTON,JERMAINE L.#2477 |
| 16:10:46 | K066 | A21944 | RI | 3F43C |
| 16:11:01 | K066 | A21944 | RI | 3F43C |
| 16:11:58 | K200 | A10096 | BACKER | 3F44C Operator:A10096 OperNames:GUMPFER,HANS #537 |
| 16:12:30 | K038 | A20975 | RI | 3F13D |
| 16:13:10 | DT08 | A23287 | PRMPT | 3F43C Comment:Preempted and dispatched to call #203512165 |
| 16:14:18 | K200 | A10096 | RI | 3F44C |
| 16:15:08 | K200 | A10096 | RI | 3F44C |
| 16:17:50 | K200 | A10096 | RI | 3F44C |
| 16:59:26 | DT07 | A01819 | PRMPT | 3F13D Comment:Preempted and dispatched to call #203512042 |
| 17:01:54 | DT07 | A01819 | CLEAR | 3F44C |
| 17:12:18 | DT07 | A23466 | CLEAR | 3X38 Dispo:HAN |
| 17:12:18 | DT07 | A23466 | CLEAR | 3X36 Dispo:HAN |
| 17:12:18 | DT07 | A23466 | CLEAR | |
| 17:12:18 | DT07 | A23466 | CLOSE | |
| [01/19/2021] 15:32:14 | DT03 | A23468 | CASE | Case#:PD210042638 Dispo:HAN LocDesc:btwn BRODERICK ST and BAKER ST->at 1819 GOLDEN GATE AV, SF Comment:AT REQ OF A09732 OVER LL |
| 15:32:18 | CADAPP | TIB | PREMIS | Comment:PPR, FPR |

CERTIFIED COPY
of original master file in the
Office of Custodian of Records
DO NOT DUPLICATE
Dept. of Emergency Management
City & County of San Francisco

CommandCAD

EVENT HISTORY DETAIL: Call 203512146
SAN FRANCISCO POLICE DEPARTMENT

Wednesday, June 2, 2021
15:30:50

SP203512146 B 905 MEET W/CITY EMPLOYEE 1819 GOLDEN GATE AV, SF

| | | | | |
|---|---|---|---|---|
| [12/16/2020] | | | | |
| 16:08:00 | DT15 | A24516 | CREATE | Location:1819 GOLDEN GATE AV, SF Type:905 DAREA:3F Area:630B TypeDesc:MEET W/CITY EMPLOYEE LocDesc:btwn BRODERICK ST and BAKER ST LocCross:btwn BRODERICK ST and BAKER ST Priority:B Class:F:3PAT Agency:SP Map:A2 |
| 16:08:00 | DT15 | A24516 | ENTRY | Sector/Stn:F3 Map:A2 Comment:ONE MARKED UNIT WITH LESS LETHAL FOR WELL BEING CHECK |
| 16:08:00 | DT15 | A24516 | DISPOS | 3X38 Location:1819 GOLDEN GATE AV, SF |
| 16:08:00 | DT15 | A24516 | DISPOS | 3X36 Location:1819 GOLDEN GATE AV, SF |
| 16:08:00 | DT15 | A24516 | PRIU | 3X38 |
| 16:08:00 | CADAPP | TIB | PREMIS | Comment:PPR, FPR |
| 16:08:50 | DT15 | A24516 | BACKER | 3F13D Operator:A20975 A11395 OperNames:STARK,DAN #4366; BRATCHIKOV,STANISLAV #654 |
| 16:08:50 | K038 | A20975 | PRIOR | PremType:PPR 3F13D |
| 16:08:57 | K038 | A20975 | RI | 3F13D |
| 16:09:56 | DT15 | A24516 | MISCN | 3X38 Comment:904 AT CORNER OF GOLDEN GATE AND BRODERICK |
| 16:10:33 | DT15 | A24516 | BACKER | 3F43C Operator:A21944 A22160 OperNames:SWEENEY,THOMAS #2142; WASHINGTON,JERMAINE L.#2477 |
| 16:10:46 | K066 | A21944 | RI | 3F43C |
| 16:11:01 | K066 | A21944 | RI | 3F43C |
| 16:11:58 | K200 | A10096 | BACKER | 3F44C Operator:A10096 OperNames:GUMPFER,HANS #537 |
| 16:12:30 | K038 | A20975 | RI | 3F13D |
| 16:13:10 | DT08 | A23287 | PRMPT | 3F43C Comment:Preempted and dispatched to call #203512165 |
| 16:14:18 | K200 | A10096 | RI | 3F44C |
| 16:15:08 | K200 | A10096 | RI | 3F44C |
| 16:17:50 | K200 | A10096 | RI | 3F44C |
| 16:59:26 | DT07 | A01819 | PRMPT | 3F13D Comment:Preempted and dispatched to call #203512042 |
| 17:01:54 | DT07 | A01819 | CLEAR | 3F44C |
| 17:12:18 | DT07 | A23466 | CLEAR | 3X38 Dispo:HAN |
| 17:12:18 | DT07 | A23466 | CLEAR | 3X36 Dispo:HAN |
| 17:12:18 | DT07 | A23466 | CLEAR | |
| 17:12:18 | DT07 | A23466 | CLOSE | |
| [01/19/2021] | | | | |
| 15:32:14 | DT03 | A23468 | CASE | Case#:PD210042638 Dispo:HAN LocDesc:btwn BRODERICK ST and BAKER ST->at 1819 GOLDEN GATE AV, SF Comment:AT REQ OF A09732 OVER LL |
| 15:32:18 | CADAPP | TIB | PREMIS | Comment:PPR, FPR |

CERTIFIED COPY
of original master file in the
Office of Custodian of Records
DO NOT DUPLICATE
Dept. of Emergency Management
City & County of San Francisco

Co[illegible]AD

EVENT HISTORY DETAIL: Call 203512146
SAN FRANCISCO POLICE DEPARTMENT

Wednesday, June 2, 2021
15:30:50

**CALL RECAP:**

| | | | |
|---|---|---|---|
| INITIATE: | 16:08:00 12/16/2020 | CALL NUMBER: | #2146 |
| ENTRY: | 16:08:00 12/16/2020 | CURRENT STATUS: | PREMIS |
| DISPATCH: | 16:08:00 12/16/2020 | PRIMARY UNIT: | 3X38 |
| ON SCENE: | 16:08:00 12/16/2020 | JURISDICTION: | SP |
| CLOSE: | 17:12:18 12/16/2020 | DISPOSITION: | HAN |
| ADDRESS: | 1819 GOLDEN GATE AV, SF | | |
| DAREA: | 3F | REPORT NUMBER: | PD210042638 |
| SECTOR: | F3 | TYPE: | 905 MEET W/CITY EMPLOYEE |
| RA: | 630B | PRIORITY: | B |
| FIRE: | | PRIOR HISTORY: | Yes |
| CP: | | | |
| ADDRESS: | | | |
| PHONE: | | CAD TIMESTAMP: | CADT 1216201712 |

**OPERATOR ASSIGNMENTS:**

| | | |
|---|---|---|
| | DT15 | A24516 |
| | CADAPP | TIB |
| | K038 | A20975 |
| | K066 | A21944 |
| | K200 | A10096 |
| | DT08 | A23287 |
| | DT07 | A01819 |
| AS OF 17:12:18: | DT07 | A23466 |
| | DT03 | A23468 |

CERTIFIED COPY
of original master file in the
Office of Custodian of Records
DO NOT DUPLICATE
Dept. of Emergency Management
City & County of San Francisco

EXHIBIT 4

CommandCAD

**EVENT HISTORY DETAIL: Call 203512146**
**SAN FRANCISCO POLICE DEPARTMENT**

Wednesday, June 2, 2021
15:30:50

**SP203512146** B 905 MEET W/CITY EMPLOYEE 1819 GOLDEN GATE AV, SF

[12/16/2020]

| | | | | |
|---|---|---|---|---|
| 16:08:00 | DT15 | A24516 | CREATE | Location:1819 GOLDEN GATE AV, SF Type:905 DAREA:3F Area:630B TypeDesc:MEET W/CITY EMPLOYEE LocDesc:btwn BRODERICK ST and BAKER ST LocCross:btwn BRODERICK ST and BAKER ST Priority:B Class:F:3PAT Agency:SP Map:A2 |
| 16:08:00 | DT15 | A24516 | ENTRY | Sector/Stn:F3 Map:A2 Comment:ONE MARKED UNIT WITH LESS LETHAL FOR WELL BEING CHECK |
| 16:08:00 | DT15 | A24516 | DISPOS | 3X38 Location:1819 GOLDEN GATE AV, SF |
| 16:08:00 | DT15 | A24516 | DISPOS | 3X36 Location:1819 GOLDEN GATE AV, SF |
| 16:08:00 | DT15 | A24516 | PRIU | 3X38 |
| 16:08:00 | CADAPP | TIB | PREMIS | Comment:PPR, FPR |
| 16:08:50 | DT15 | A24516 | BACKER | 3F13D Operator:A20975 A11395 OperNames:STARK,DAN #4366; BRATCHIKOV,STANISLAV #654 |
| 16:08:50 | K038 | A20975 | PRIOR | PremType:PPR 3F13D |
| 16:08:57 | K038 | A20975 | RI | 3F13D |
| 16:09:56 | DT15 | A24516 | MISCN | 3X38 Comment:904 AT CORNER OF GOLDEN GATE AND BRODERICK |
| 16:10:33 | DT15 | A24516 | BACKER | 3F43C Operator:A21944 A22160 OperNames:SWEENEY,THOMAS #2142; WASHINGTON,JERMAINE L.#2477 |
| 16:10:46 | K066 | A21944 | RI | 3F43C |
| 16:11:01 | K066 | A21944 | RI | 3F43C |
| 16:11:58 | K200 | A10096 | BACKER | 3F44C Operator:A10096 OperNames:GUMPFER,HANS #537 |
| 16:12:30 | K038 | A20975 | RI | 3F13D |
| 16:13:10 | DT08 | A23287 | PRMPT | 3F43C Comment:Preempted and dispatched to call #203512165 |
| 16:14:18 | K200 | A10096 | RI | 3F44C |
| 16:15:08 | K200 | A10096 | RI | 3F44C |
| 16:17:50 | K200 | A10096 | RI | 3F44C |
| 16:59:26 | DT07 | A01819 | PRMPT | 3F13D Comment:Preempted and dispatched to call #203512042 |
| 17:01:54 | DT07 | A01819 | CLEAR | 3F44C |
| 17:12:18 | DT07 | A23466 | CLEAR | 3X38 Dispo:HAN |
| 17:12:18 | DT07 | A23466 | CLEAR | 3X36 Dispo:HAN |
| 17:12:18 | DT07 | A23466 | CLEAR | |
| 17:12:18 | DT07 | A23466 | CLOSE | |

[01/19/2021]

| | | | | |
|---|---|---|---|---|
| 15:32:14 | DT03 | A23468 | CASE | Case#:PD210042638 Dispo:HAN LocDesc:btwn BRODERICK ST and BAKER ST->at 1819 GOLDEN GATE AV, SF Comment:AT REQ OF A09732 OVER LL |
| 15:32:18 | CADAPP | TIB | PREMIS | Comment:PPR, FPR |

CERTIFIED COPY
of original master file in the
Office of Custodian of Records
DO NOT DUPLICATE
Dept. of Emergency Management
City & County of San Francisco

**CALL RECAP:**

| | | | |
|---|---|---|---|
| **INITIATE:** | 16:08:00 12/16/2020 | **CALL NUMBER:** | #2146 |
| **ENTRY:** | 16:08:00 12/16/2020 | **CURRENT STATUS:** | PREMIS |
| **DISPATCH:** | 16:08:00 12/16/2020 | **PRIMARY UNIT:** | 3X38 |
| **ON SCENE:** | 16:08:00 12/16/2020 | **JURISDICTION:** | SP |
| **CLOSE:** | 17:12:18 12/16/2020 | **DISPOSITION:** | HAN |
| **ADDRESS:** | 1819 GOLDEN GATE AV, SF | | |
| **DAREA:** | 3F | **REPORT NUMBER:** | PD210042638 |
| **SECTOR:** | F3 | **TYPE:** | 905 MEET W/CITY EMPLOYEE |
| **RA:** | 630B | **PRIORITY:** | B |
| **FIRE:** | | **PRIOR HISTORY:** | Yes |
| **CP:** | | | |
| **ADDRESS:** | | | |
| **PHONE:** | | **CAD TIMESTAMP:** | CADT 1216201712 |

**OPERATOR ASSIGNMENTS:**

| | | |
|---|---|---|
| | DT15 | A24516 |
| | CADAPP | TIB |
| | K038 | A20975 |
| | K066 | A21944 |
| | K200 | A10096 |
| | DT08 | A23287 |
| | DT07 | A01819 |
| AS OF 17:12:18: | DT07 | A23466 |
| | DT03 | A23468 |

CERTIFIED COPY
of original master file in the
Office of Custodian of Records
DO NOT DUPLICATE
Dept. of Emergency Management
City & County of San Francisco

EXHIBIT 5

London Breed
Mayor

**Department of Emergency Management**

SAN FRANCISCO DEPARTMENT OF EMERGENCY MANAGEMENT

Mary Ellen Carroll
Executive Director

**To:** **JAMES ELLIS JOHNSON**
**1819 GOLDEN GATE AVE. #12**
**SAN FRANCISCO, CA 94115**

From: Office of the Custodian of Records

Date: July 16, 2023

**Re:** **CAD HISTORY FOR 1819 GOLDEN GATE AVE. #12**

---

We are in receipt of your records request.

We have provided a history of calls for service for **1819 GOLDEN GATE AVE. #12 from JULY 16TH, 2020 to JULY 16ST, 2023.** *The Department's Computer Aided Dispatch ("CAD") files are retained for 3 years from the date of occurrence in accordance with California Government Code Section 26202.*

*Portions of your requested document(s) that include personal information have been redacted because disclosure would constitute an unwarranted invasion of privacy per California Government Code 6254© and San Francisco Administrative code 67.24.d.2.*

*Additionally, portions of your requested document that contain personal and/or protected health information has been redacted from the documents based on the privacy considerations expressed in the Federal Health Insurance Portability and Accountability Act (45 CFR §164), and the California Constitution (Article I, Section I), the Public Records Act (California Government Code §6254 © and the San Francisco Sunshine Ordinance (SF Administrative Code §67.1(g)).*

We have included a San Francisco Police Department Radio Code card for your reference.

Looking at the column titled "Report No.," if there is a number referenced, this is indicative that a Police Report (PD) was generated by the San Francisco Police Department or San Francisco Fire Department. **This office does not maintain police reports.** If you would like a copy of a police report, you will need to reference the listed numbers and contact the below department:

**San Francisco Police Department**
**Police Report Management Section**
**1245 3rd Street, 1st Floor**
**San Francisco, CA 94158**
**415-575-7232**
**Fax: 415-575-6075**

If you have any questions, please contact the Custodian of Records at (415) 558-3826 Monday through Friday 08:00am to 04:00pm.

SFDEM
SAN FRANCISCO DEPARTMENT OF EMERGENCY MANAGEMENT

Department of Emergency Management
Division of Emergency Communications - Custodian of Records
1011 Turk Street
San Francisco, CA 94102
415-558-3826

CERTIFIED COPY of original master file in Office of Custodian of Records DO NOT DUPLICATE Dept. of Emergency Management City & County of San Francisco

| CAD NO. | REPORT NO. | ENTRY DATE | ENTRY TIME | CLOSE TIME | PRIORITY | CALL TYPE | UNIT ID | DISPOSITION | LOCATION | APT. |
|---|---|---|---|---|---|---|---|---|---|---|
| 202141195 | | 8/1/2020 | 12:28:37 | 13:03:41 | B | 910 | 3F13A | HAN | 1819 GOLDEN GATE AV, SF | 12 |
| 202411776 | | 8/28/2020 | 14:14:05 | 14:14:05 | I | 852L | | | 1819 GOLDEN GATE AV, SF | |
| 202411724 | | 8/28/2020 | 14:00:23 | 14:00:23 | I | 852L | | | 1819 GOLDEN GATE AV, SF | |
| 203101292 | PD200667973 | 11/5/2020 | 11:43:08 | 13:40:55 | C | 240 | 3F13A | REP | 1819 GOLDEN GATE AV, SF | 12 |
| 203512146 | PD210042638 | 12/16/2020 | 16:08:00 | 17:12:18 | B | 905 | 3X38 | HAN | 1819 GOLDEN GATE AV, SF | |
| 203582128 | | 12/23/2020 | 16:12:16 | 16:12:16 | I | 000L | | | 1819 GOLDEN GATE AV, SF | 12 |
| 210701163 | | 3/11/2021 | 10:48:44 | 11:03:33 | C | 588 | 3P40B | GOA | 1819 GOLDEN GATE AV, SF | |
| 211511186 | PD210336469 | 5/31/2021 | 11:49:22 | 17:05:38 | C | 459 | 3F15C | REP | 1819 GOLDEN GATE AV, SF | 12 |
| 211591729 | PD210356075 | 6/8/2021 | 13:43:50 | 14:14:12 | C | 594 | 3F13A | REP | 1819 GOLDEN GATE AV, SF | |
| 212862562 | | 10/13/2021 | 17:13:25 | 19:09:02 | C | 240 | 3F13D | NOM | 1819 GOLDEN GATE AV, SF | 12 |
| 212902585 | | 10/17/2021 | 17:58:56 | 19:38:32 | C | 000 | 3F13D | UTL | 1819 GOLDEN GATE AV, SF | |
| 212912526 | PD210683210 | 10/18/2021 | 17:15:07 | 17:15:07 | C | 000 | | REP | 1819 GOLDEN GATE AV, SF | |
| 220182455 | | 1/18/2022 | 16:58:54 | 18:50:28 | C | 459 | 3F13D | HAN | 1819 GOLDEN GATE AV, SF | 12 |
| 220392639 | PD220088440 | 2/8/2022 | 17:03:03 | 17:03:03 | C | 000 | | REP | 1819 GOLDEN GATE AV, SF | 12 |
| 220842552 | | 3/25/2022 | 17:20:11 | 17:41:33 | C | 459 | 3F13D | UTL | 1819 GOLDEN GATE AV, SF | 12 |
| 220842691 | | 3/25/2022 | 17:56:14 | 19:01:39 | C | 459 | 3F13D | HAN | 1819 GOLDEN GATE AV, SF | 12 |
| 222391791 | | 8/27/2022 | 14:42:15 | 16:14:47 | B | 459 | 3F13A | HAN | 1819 GOLDEN GATE AV, SF | 12 |
| 223421245 | | 12/8/2022 | 11:25:02 | 11:25:02 | I | 240L | | | 1819 GOLDEN GATE AV, SF | 12 |
| 223471809 | | 12/13/2022 | 12:41:46 | 13:48:35 | C | 240 | 3F13A | HAN | 1819 GOLDEN GATE AV, SF | 12 |
| 223542201 | | 12/20/2022 | 17:09:42 | 17:18:24 | B | 100A | 3F14D | NCR | 1819 GOLDEN GATE AV, SF | 12 |
| 230161890 | | 1/16/2023 | 15:29:54 | 16:01:13 | B | 910 | 3F13D | HAN | 1819 GOLDEN GATE AV, SF | |
| 230801377 | PD230198982 | 3/21/2023 | 12:17:00 | 12:17:00 | C | 000 | | REP | 1819 GOLDEN GATE AV, SF | |
| 231033056 | | 4/13/2023 | 19:30:30 | 20:13:17 | C | 418 | 3F13D | HAN | 1819 GOLDEN GATE AV, SF | 12 |
| 231281577 | | 5/8/2023 | 13:27:42 | 13:27:42 | I | 000L | | | 1819 GOLDEN GATE AV, SF | 12 |
| 231540767 | | 6/3/2023 | [redacted] | | | | | | 1819 GOLDEN GATE AV, SF | |
| 231542408 | | 6/3/2023 | 17:39:20 | 18:01:54 | B | 910 | 3F12D | HAN | 1819 GOLDEN GATE AV, SF | |

| CAD NO. | REPORT NO. | ENTRY DATE | ENTRY TIME | CLOSE TIME | PRIORITY | CALL TYPE | UNIT ID | DISPOSITION | LOCATION | APT. |
|---|---|---|---|---|---|---|---|---|---|---|
| 231542376 | | 6/3/2023 | 17:32:17 | 17:32:17 | I | 910L | | | 1819 GOLDEN GATE AV, SF | |
| 231562490 | | 6/5/2023 | 17:20:49 | 17:33:24 | A | 910 | 3F13D | HAN | 1819 GOLDEN GATE AV, SF | |
| 231592211 | | 6/8/2023 | 15:28:21 | 15:36:04 | B | 100A | | 22 | 1819 GOLDEN GATE AV, SF | 12 |
| 231611167 | PD230399920 | 6/10/2023 | 11:11:02 | 15:58:08 | B | 910 | 3F13A | REP | 1819 GOLDEN GATE AV, SF | |
| 231671729 | | 6/16/2023 | 13:35:35 | 13:35:35 | I | 000L | | | 1819 GOLDEN GATE AV, SF | 12 |
| 231761162 | | 6/25/2023 | 11:13:34 | 11:13:34 | I | 000L | | | 1819 GOLDEN GATE AV, SF | |

CERTIFIED COPY
of original master file in
Office of Custodian of Records
DO NOT DUPLICATE
Dept. of Emergency Management
City & County of San Francisco

EXHIBIT 6

SutterLink



# Johnson, James E

MRN: 51255124

Jensen, Kirk, MD
Physician
Orthopedic

Operative Report
Addendum

Date of Service: 11/09/21 1046

11/9/2021

**PRE-OPERATIVE DIAGNOSIS:**
The patient is a 71 year old right hand dominant male who has advanced right shoulder glenohumeral joint arthritis with associated massive rotator cuff tendon tearing. he is now scheduled for a right total shoulder arthroplasty. We discussed risks, benefits, complications and risks of infection, nerve injury, recurrent tearing and postsurgical stiffness. We discussed postoperative pain management, as well as rehabilitation program.

**POST-OPERATIVE DIAGNOSIS:**
1. Glenohumeral Joint Arthritis
2. Rotator Cuff Tendon Failure
3. Non concentric Glenoid
4. Long head of biceps degenerative changes

**PROCEDURE:**
1. right Total Shoulder Arthroplasty (CPT Code 23472)
2. right long head of biceps tenodesis (CPT Code 23430)

**Components Utilized:** 1.Depuy Delta Stem size 14/ 145 degree mm, 2. Glenosphere 42 +2mm lateralized standard, 3. Epiphyseal Size +3mm.

SURGEON: Kirk L Jensen, MD
ASSISTANT: none
ANESTHESIOLOGIST: Dr. Dang
ANESTHESIA: Interscalene block/General Endotracheal
ESTIMATED BLOOD LOSS: 100 cc
SPECIMEN: Humeral head

**SURGICAL PROCEDURE DETAIL:**

James E Johnson was taken to the operating room where he had interscalene block was placed, general endotracheal anesthesia was induced. The patient then received 1 g IV vancomycin. The patient was then placed in supine upright position with the head and neck well supported with the T-Max head holder. The patient's right shoulder and upper extremities were prepped and draped in the usual sterile fashion. An anterior 8-inch deltopectoral incision was utilized. Incision was taken down through subcutaneous tissue. Circumferential subcutaneous deep flaps were then developed. Cephalic vein was identified, protected and retracted laterally. Crossover veins were then cauterized. The groove was developed bluntly up to the clavicle. The clavipectoral fascia was identified and incised laterally conjoined muscle belly. The CA ligament, which was

identified and preserved. The biceps tendon was noted to be inflamed and with degenerative changes. We
opened the bicipital groove into the glenohumeral joint and took the incision
down to the coracoid base. The long head of biceps was tenodesed at its antomic length within the groove- with several sutures - to the lateral ridge of the groove. The remnant of the subscapularis tendon was released from its insertion on the lessor tuberosity. A large darrach retractor was placed in the joint. We released the capsule down to the 6 o'clock position. The arm was externally rotated and extended. The
humeral head was delivered. The humeral head was noted to be devoid of
articular cartilage and was cephalized. There were peripheral
osteophyts. We then did a humeral head osteotomy using an
oscillating saw in the correct version and height for this patient. We reamed
the canal to a size 14. The size 2epihyseal guide was utiilzed and the epiphyseal reaming guide was placed in 5 degrees of retroversion.A trial component was placed and noted to be at that appropriate height and retroversion for this patient. The trial components were the removed and attention was direvted to the glenoid.

A Fukuda retractor was placed posteriorly. We released the anterior labrum and
excised the anterior-inferior labrum and capsule along with the posterior
labrum and base of the biceps. We placed the guide
pin in appropriate position and then reamed over the guide pin followed by a
peripheral resector. We then used a cannulated drill. Then metaglene was then hammered into position. The peripheral holes were drilled the filled with 2 nonlocking compression screws placed anteriorly and posteriorly, then locking screws placed superiorly and inferiorly. The 42 mm +2 mm lateralized standard glenosphere was then inserted over a quide wire and tightened down, then impacted too engage the morse taper locking mechanism.
We then turned attention back to the proximal humerus. The trial component was placed and then trial reduction was performed with the +3 mm PE cup. The RSA was note to have excellent stability and range of motion without inferior scapular impact.The proximal humerus was prepared for impaction grafting.The component was impacted into the proximal humerus. The proximal humerus was carefully dried and the +3 PE cup was inserted and impacted into the proximal component. The shoulder arthroplasty was then reduced. We then irrigated with 500 mL antibiotic-containing solution, then closed the subcutaneous tissues with interrupted 0 and 2-0 Vicryl sutures and the skin was closed with subcuticular 4-0 Monocryl. Steri-Strips applied and sterile dry dressing. The patient was then placed in abduction sling, extubated and transported to Recovery Room in good condition.

Kirk L Jensen, MD

Electronically signed by Jensen, Kirk, MD at 11/09/21 1819

Admission (Discharged) on 11/9/2021 *Note shared with patient*

## Care Timeline

11/09 Admitted 0737
RIGHT SHOULDER ARTHROPLASTY, BICEPS TENODESIS
11/11 Discharged 1427

# Johnson, James E

MRN: 51255124

Jensen, Kirk, MD
Physician
Orthopedic

Operative Report
Addendum

Date of Service: 11/09/21 1046

11/9/2021

**PRE-OPERATIVE DIAGNOSIS:**
The patient is a 71 year old right hand dominant male who has advanced right shoulder glenohumeral joint arthritis with associated massive rotator cuff tendon tearing. he is now scheduled for a right total shoulder arthroplasty. We discussed risks, benefits, complications and risks of infection, nerve injury, recurrent tearing and postsurgical stiffness. We discussed postoperative pain management, as well as rehabilitation program.

**POST-OPERATIVE DIAGNOSIS:**
1. Glenohumeral Joint Arthritis
2. Rotator Cuff Tendon Failure
3. Non concentric Glenoid
4. Long head of biceps degenerative changes

**PROCEDURE:**
1. right Total Shoulder Arthroplasty (CPT Code 23472)
2. right long head of biceps tenodesis (CPT Code 23430)

**Components Utilized:** 1.Depuy Delta Stem size 14/ 145 degree mm, 2. Glenosphere 42 +2mm lateralized standard, 3. Epiphyseal Size +3mm.

SURGEON: Kirk L Jensen, MD
ASSISTANT: none
ANESTHESIOLOGIST: Dr. Dang
ANESTHESIA: Interscalene block/General Endotracheal
ESTIMATED BLOOD LOSS: 100 cc
SPECIMEN: Humeral head

**SURGICAL PROCEDURE DETAIL:**

James E Johnson was taken to the operating room where he had interscalene block was placed, general endotracheal anesthesia was induced. The patient then received 1 g IV vancomycin. The patient was then placed in supine upright position with the head and neck well supported with the T-Max head holder. The patient's right shoulder and upper extremities were prepped and draped in the usual sterile fashion. An anterior 8-inch deltopectoral incision was utilized. Incision was taken down through subcutaneous tissue. Circumferential subcutaneous deep flaps were then developed. Cephalic vein was identified, protected and retracted laterally. Crossover veins were then cauterized. The groove was developed bluntly up to the clavicle. The clavipectoral fascia was identified and incised laterally conjoined muscle belly. The CA ligament, which was

identified and preserved. The biceps tendon was noted to be inflamed and with degenerative changes. We
opened the bicipital groove into the glenohumeral joint and took the incision
down to the coracoid base. The long head of biceps was tenodesed at its antomic length within the groove- with several sutures - to the lateral ridge of the groove. The remnant of the subscapularis tendon was released from its insertion on the lessor tuberosity. A large darrach retractor was placed in the joint. We released the capsule down to the 6 o'clock position. The arm was externally rotated and extended. The
humeral head was delivered. The humeral head was noted to be devoid of
articular cartilage and was cephalized. There were peripheral
osteophyts. We then did a humeral head osteotomy using an
oscillating saw in the correct version and height for this patient. We reamed
the canal to a size 14. The size 2epihyseal guide was utiilzed and the epiphyseal reaming guide was placed in 5 degrees of retroversion.A trial component was placed and noted to be at that appropriate height and retroversion for this patient. The trial components were the removed and attention was direvted to the glenoid.

A Fukuda retractor was placed posteriorly. We released the anterior labrum and
excised the anterior-inferior labrum and capsule along with the posterior
labrum and base of the biceps. We placed the guide
pin in appropriate position and then reamed over the guide pin followed by a
peripheral resector. We then used a cannulated drill. Then metaglene was then hammered into position. The peripheral holes were drilled the filled with 2 nonlocking compression screws placed anteriorly and posteriorly, then locking screws placed superiorly and inferiorly. The 42 mm +2 mm lateralized standard glenosphere was then inserted over a quide wire and tightened down, then impacted too engage the morse taper locking mechanism.
We then turned attention back to the proximal humerus. The trial component was placed and then trial reduction was performed with the +3 mm PE cup. The RSA was note to have excellent stability and range of motion without inferior scapular impact.The proximal humerus was prepared for impaction grafting.The component was impacted into the proximal humerus. The proximal humerus was carefully dried and the +3 PE cup was inserted and impacted into the proximal component. The shoulder arthroplasty was then reduced. We then irrigated with 500 mL antibiotic-containing solution, then closed the subcutaneous tissues with interrupted 0 and 2-0 Vicryl sutures and the skin was closed with subcuticular 4-0 Monocryl. Steri-Strips applied and sterile dry dressing. The patient was then placed in abduction sling, extubated and transported to Recovery Room in good condition.

Kirk L Jensen, MD

Electronically signed by Jensen, Kirk, MD at 11/09/21 1819

Admission (Discharged) on 11/9/2021 *Note shared with patient*

## Care Timeline

11/09 Admitted 0737
RIGHT SHOULDER ARTHROPLASTY BICEPS TENODESIS
11/11 Discharged 1427

EXHIBIT 7

SutterLink



# Johnson, James E

MRN: 51255124

Jensen, Kirk, MD
Physician
Orthopedic

Operative Report
Addendum

Date of Service: 11/09/21 1046

11/9/2021

**PRE-OPERATIVE DIAGNOSIS:**
The patient is a 71 year old right hand dominant male who has advanced right shoulder glenohumeral joint arthritis with associated massive rotator cuff tendon tearing. he is now scheduled for a right total shoulder arthroplasty. We discussed risks, benefits, complications and risks of infection, nerve injury, recurrent tearing and postsurgical stiffness. We discussed postoperative pain management, as well as rehabilitation program.

**POST-OPERATIVE DIAGNOSIS:**
1. Glenohumeral Joint Arthritis
2. Rotator Cuff Tendon Failure
3. Non concentric Glenoid
4. Long head of biceps degenerative changes

**PROCEDURE:**
1. right Total Shoulder Arthroplasty (CPT Code 23472)
2. right long head of biceps tenodesis (CPT Code 23430)

**Components Utilized:** 1.Depuy Delta Stem size 14/ 145 degree mm, 2. Glenosphere 42 +2mm lateralized standard, 3. Epiphyseal Size +3mm.

SURGEON: Kirk L Jensen, MD
ASSISTANT: none
ANESTHESIOLOGIST: Dr. Dang
ANESTHESIA: Interscalene block/General Endotracheal
ESTIMATED BLOOD LOSS: 100 cc
SPECIMEN: Humeral head

**SURGICAL PROCEDURE DETAIL:**

James E Johnson was taken to the operating room where he had interscalene block was placed, general endotracheal anesthesia was induced. The patient then received 1 g IV vancomycin. The patient was then placed in supine upright position with the head and neck well supported with the T-Max head holder. The patient's right shoulder and upper extremities were prepped and draped in the usual sterile fashion. An anterior 8-inch deltopectoral incision was utilized. Incision was taken down through subcutaneous tissue. Circumferential subcutaneous deep flaps were then developed. Cephalic vein was identified, protected and retracted laterally. Crossover veins were then cauterized. The groove was developed bluntly up to the clavicle. The clavipectoral fascia was identified and incised laterally conjoined muscle belly. The CA ligament, which was

identified and preserved. The biceps tendon was noted to be inflamed and with degenerative changes. We
opened the bicipital groove into the glenohumeral joint and took the incision
down to the coracoid base. The long head of biceps was tenodesed at its antomic length within the groove- with several sutures - to the lateral ridge of the groove. The remnant of the subscapularis tendon was released from its insertion on the lessor tuberosity. A large darrach retractor was placed in the joint. We released the capsule down to the 6 o'clock position. The arm was externally rotated and extended. The
humeral head was delivered. The humeral head was noted to be devoid of
articular cartilage and was cephalized. There were peripheral
osteophyts. We then did a humeral head osteotomy using an
oscillating saw in the correct version and height for this patient. We reamed
the canal to a size 14. The size 2epihyseal guide was utiilzed and the epiphyseal reaming guide was placed in 5 degrees of retroversion.A trial component was placed and noted to be at that appropriate height and retroversion for this patient. The trial components were the removed and attention was direvted to the glenoid.

A Fukuda retractor was placed posteriorly. We released the anterior labrum and
excised the anterior-inferior labrum and capsule along with the posterior
labrum and base of the biceps. We placed the guide
pin in appropriate position and then reamed over the guide pin followed by a
peripheral resector. We then used a cannulated drill. Then metaglene was then hammered into position. The peripheral holes were drilled the filled with 2 nonlocking compression screws placed anteriorly and posteriorly, then locking screws placed superiorly and inferiorly. The 42 mm +2 mm lateralized standard glenosphere was then inserted over a quide wire and tightened down, then impacted too engage the morse taper locking mechanism.
We then turned attention back to the proximal humerus. The trial component was placed and then trial reduction was performed with the +3 mm PE cup. The RSA was note to have excellent stability and range of motion without inferior scapular impact.The proximal humerus was prepared for impaction grafting.The component was impacted into the proximal humerus. The proximal humerus was carefully dried and the +3 PE cup was inserted and impacted into the proximal component. The shoulder arthroplasty was then reduced. We then irrigated with 500 mL antibiotic-containing solution, then closed the subcutaneous tissues with interrupted 0 and 2-0 Vicryl sutures and the skin was closed with subcuticular 4-0 Monocryl. Steri-Strips applied and sterile dry dressing. The patient was then placed in abduction sling, extubated and transported to Recovery Room in good condition.

Kirk L Jensen, MD

Electronically signed by Jensen, Kirk, MD at 11/09/21 1819

Admission (Discharged) on 11/9/2021 *Note shared with patient*

## Care Timeline

11/09 Admitted 0737
RIGHT SHOULDER ARTHROPLASTY BICEPS TENODESIS
11/11 Discharged 1427

EXHIBIT 8

SutterLink



# Johnson, James E

MRN: 51255124

**Jensen, Kirk, MD** Physician Orthopedic | Operative Report Signed | Date of Service: 05/09/23 0000

LOCATION: EHMP Summit
PATIENT NAME: JAMES E JOHNSON
MRN: 51255124
ACCOUNT: 1241629856
DOB: 09/28/1950
VISIT START DATE: 05/09/2023
SERVICE DATE: 05/09/2023
AUTHOR: KIRK JENSEN, MD

OPERATIVE REPORT

PREOPERATIVE DIAGNOSIS:
Mr. Johnson is a 72-year-old right-hand dominant gentleman who has a preoperative diagnosis of left shoulder glenohumeral joint arthritis with associated impingement and partial thickness rotator cuff tendon tearing. The patient is now scheduled for a left shoulder arthroscopic extensive debridement, capsular release as well as possible acromioplasty and rotator cuff repair. We discussed risks, benefits, and complications including the risks of infection, nerve injury, recurrent stiffness or shoulder pain, postsurgical stiffness, and postsurgical instability. We discussed the patient may continue to have pain and may require future surgery. We also discussed postop pain management as well as rehabilitation program.

POSTOPERATIVE DIAGNOSES:
1. Left shoulder stiffness.
2. Left shoulder glenohumeral joint arthritis affecting the glenoid and humerus.
3. Left shoulder degenerative labral tearing.
4. Left shoulder partial thickness low-grade rotator cuff tendon tearing.

PROCEDURE PERFORMED:
1. Left shoulder arthroscopic extensive debridement, CPT code 29823.
2. Left shoulder arthroscopic capsule release, CPT code 29825.

ANESTHESIA:
Interscalene regional block/general endotracheal.

DESCRIPTION OF PROCEDURE:
After interscalene block was placed, general endotracheal anesthesia was then induced. The patient received 1 g IV vancomycin. The patient was then placed in supine position with the head and neck well supported with a T-MAX head holder. Cervical spine was placed in a neutral position. The patient's left shoulder and upper extremities were prepped and draped in the usual sterile fashion. The patient's left shoulder was examined under anesthesia, was

noted to have forward elevation of 100 degrees, external rotation to the opposite side was -10 degrees. A maximum abduction of 80 degrees. He could externally rotate 20 degrees, internally rotate 20 degrees. The posterior portal site was then utilized and the arthroscope was placed atraumatically within the glenohumeral joint. Diagnostic arthroscopy of the left glenohumeral joint revealed grade 3 and 4 articular cartilage changes of the humeral head and glenoid. The joint was very tight and there was significant synovitis and erythema within the rotator interval and anterior capsule. The anterior capsule was inflamed and have significant synovitis. The anterior portal site was established lateral to the coracoid and superior to the subscapularis tendon. A 5 mm Arthrex cannula was then placed. We used electrocautery to release coracohumeral ligament and the rotator interval was then resected with the shaver. Shaver was then used to debride the anterior gutter and perform synovectomy. The electrocautery was then used to obtain hemostasis and then an Upbiter was then used to incise the entire capsule just adjacent to insertion on to the labrum down to the 7 o'clock position of the left shoulder. This was debrided with the shaver. The labrum was intact theneedle long head of the biceps was normal. The superior labrum exit to the groove. There was no evidence of degenerative change to the long head of biceps. We debrided anteriorly, inferiorly and the labrum as well as degenerative superior labral tearing. There was minimal partial thickness tendon tearing of the inner surface of the supraspinatus which was lightly debrided. Arthroscopic switching sticks were then utilized. The arthroscope was then placed anteriorly and posteriorly. The posterior capsular debridement was performed with a synovectomy and the capsule was released. The arthroscope was then removed from glenohumeral joint and placed in the subacromial space. A lateral portal site was established using 18 gauge needle. Via the lateral portal site, a 4-0 shaver was then used to debride and perform a subacromial bursectomy. There was a chronic inflamed bursa present which was debrided. The superior surface of the long head of the supraspinatus tendon was inspected and noted to be intact. The arthroscopy was then terminated. Portal sites were then closed with subcuticular 4-0 Monocryl. The arthroscopic portal sites were then closed with subcuticular 4-0 inverted Monocryl sutures. A 10 mL of 1% Xylocaine was injected via an 18 gauze spinal needle into the glenohumeral joint and then 40 mg of Kenalog was injected directly into the glenohumeral joint as well. Steri-Strips were applied as a sterile dry dressing. The patient was then placed in sling in neutral position, extubated and then transported to the recovery room in good condition.

Surgeon was Kirk Jensen, MD

Assistant was none.

COMPLICATIONS:
None.

DD: 05/16/2023 18:40:51; DT: 05/16/2023 22:47:18; Job #: 321440
Doc#MM993635685
Transcriptionist: AQS
CC: KIRK JENSEN, MD, 3717 MT DIABLO BLVD, STE 100, LAFAYETTE, CA 94549-3547,
Fax: (925)284-5381

Last signed by: Jensen, Kirk, MD at 05/23/23 0725

Electronically signed by Jensen, Kirk, MD at 05/23/23 0725

Admission (Discharged) on 5/9/2023 *Note shared with patient*

## Care Timeline

05/09 LEFT SHOULDER ARTHROSCOPIC DEBRIDEMENT, CAPSULAR RELEASE

Discharged 1545

EXHIBIT 9

**FINAL REPORT**

Sutter Health
We Plus You

Diagnostic Imaging Report
Report Printed: 2/26/2024 at 3:36 PM

Alta Bates Summit 5730 Telegraph Magnetic Imaging
5730 Telegraph Avenue, Oakland, CA 94609
510-204-2744

**Patient Name: Johnson, James E**

DOB: 9/28/1950
MRN: 51255124

Authorizing Provider: Jensen, Kirk
Ordering Provider: Jensen, Kirk
Attending Provider:

Accession No:ABM24001245752

Performing Location: Alta Bates Summit 5730 Telegraph Magnetic Imaging
Admitted Location :

PCP: Sha, Christopher Tai

Date of Service: 02/18/2024

**MRI SHOULDER LEFT WO CONTRAST**

MRI SHOULDER LEFT WO CONTRAST

COMPARISON: MRI dated 1/5/2023

CLINICAL HISTORY: Pain and decreased range of motion status post injury in 11/4/2022. History of rotator cuff repair and capsular release

TECHNIQUE: Using a 3 Tesla magnet, multiple sequences of the shoulder were obtained.

FINDINGS:

OSSEOUS ACROMIAL OUTLET: Type II acromion. No os acromiale. Moderate to severe arthrosis of the acromioclavicular joint with hypertrophic changes, cartilage loss, subchondral cysts and reactive marrow edema pattern. The visualized coracoclavicular, coracoacromial and coracohumeral ligaments are intact. Small amount of subacromial subdeltoid bursal fluid.

ROTATOR CUFF: Postsurgical changes and moderate tendinosis of the supraspinatus as well as moderate tendinosis of the infraspinatus with thickening and intrasubstance increased T2 signal. Small low-grade intrasubstance tear of the posterior fibers of the supraspinatus at the critical zone (series 7, image 7; series 10, image 15). Small intrasubstance cysts along the mid to posterior inferior fibers of the infraspinatus along the myotendinous junction. Mild to moderate tendinosis of the superior fibers of the subscapularis with

intrasubstance increased T2 signal. Mild atrophy and fatty infiltration of the visualized infraspinatus and subscapularis muscles,

LABRUM AND CAPSULAR STRUCTURES: Anterior and posterior labral degeneration. The visualized glenohumeral ligaments are intact.

BICEPS ANCHOR AND TENDON: The biceps anchor is intact. The long head biceps is intact.

OSSEOUS AND CARTILAGINOUS STRUCTURES: Postsurgical changes status post rotator cuff repair with tunnel tracts within the greater tuberosity. Glenohumeral osteophytes. Glenohumeral chondral thinning with signal heterogeneity and surface irregularity, most pronounced along the humeral articular surface where there is up to full-thickness cartilage loss along the medial humeral head as well as along the lateral dome of the humeral head.

MISCELLANEOUS: No significant glenohumeral joint effusion. The suprascapular and spinoglenoid notch are unremarkable.

IMPRESSION:

1. Postsurgical changes and moderate tendinosis of the supraspinatus as well as moderate tendinosis of the infraspinatus. Small low-grade intrasubstance tear of the posterior fibers of the supraspinatus at the critical zone. Small intrasubstance cysts along the mid to posterior inferior fibers of the infraspinatus along the myotendinous junction.

2. Mild to moderate tendinosis of the superior fibers of the subscapularis.

3. Anterior and posterior labral degeneration.

4. Moderate arthrosis of the glenohumeral joint.

6. Moderate to severe arthrosis of the acromioclavicular joint.

Electronically Signed by: Matthew Epstein 2/20/2024 2:00 PM

Released by:

Signed by: Epstein, Matthew David, MD

**Reading Provider**

| Reading Physician | Read Date |
|---|---|
| Epstein, Matthew David, MD | Feb 20, 2024 |

There are no order-level documents.

NorCal Imaging
A RadNet Imaging Center

**NorCal Imaging Oakland**
3200 Telegraph Avenue
Oakland, CA 94609
Phone: (510) 663-1950
Fax: (510) 663-1951

Ordered By

**JOHNSON, JAMES**
MRN: 3386499
DOB: 09-28-1950 Sex: M
Phone:(415) 624-5011

KIRK JENSEN, MD
3717 MT DIABLO, STE 100
LAFAYETTE CA, 94549

Date of Service: 11-09-2023

FAX: (925) 284-5381

**Addendum 1**

---

**ADMINISTRATIVE ADDENDUM:**

Addendum to correct previous study count. The statement should read:

A total of 0 CT (Computed Tomography) examinations and 0 myocardial perfusion studies have been performed on this patient over the past 12 months. Counts as indicated include examinations performed within our network.

***This administrative addendum is being signed on behalf of the original signing radiologist.***

**End of addendum for accession:** 41441152
**Dictated:** 12-15-2023 7:39:55 AM
**Electronically Signed By:** Sullivan, Cheryl, QPP 12-15-2023 7:39:55 AM

**Original Report**

---

**EXAM: CT RIGHT SHOULDER WITHOUT CONTRAST**

**HISTORY**: Right shoulder arthroplasty, evaluation for hardware failure.

**TECHNIQUE**: Contiguous axial images were obtained utilizing a multislice, multidetector CT scanner. Post-processed reformations were also submitted for review.

The total DLP was 709.86 mGy-cm and the CTDI was 29.41 mGy. Low dose protocols were performed.

One or more of the following dose reduction techniques were used: automated exposure control, adjustment of the mA and/or kV according to patient size, use of iterative reconstruction technique. A total of 0 CT (Computed Tomography) examinations and CABG. myocardial perfusion studies have been performed on this patient over the past 12 months. Counts as indicated include examinations performed within our network.

**COMPARISON**: Shoulder CT dated 7/11/2022.

**FINDINGS**:

No evidence of acute fracture or dislocation.

Moderate osteoarthritis of the right acromioclavicular joint is characterized by joint space narrowing, osteophytosis, and subchondral sclerosis/cystic change. Well demarcated subacromial fluid collection measures 3.9 x 4.5 x 2.6 cm (AP x

TV x CC).

Status post right reverse total shoulder arthroplasty. No evidence of hardware failure or loosening.

Mild fatty infiltration of the supraspinatus muscle belly and moderate fatty infiltration of the infraspinatus, teres minor, and subscapularis muscle bellies.

Multilevel degenerative changes of the cervical and thoracic spine are incompletely visualized and characterized.

Partial visualized post-surgical changes related to prior coronary artery bypass graft.

Atherosclerotic calcifications at the right carotid bifurcation.

**IMPRESSION:**

1. Moderate osteoarthritis of the right acromioclavicular joint is characterized by joint space narrowing, osteophytosis, and subchondral sclerosis/cystic change.

2. Well demarcated subacromial fluid collection measures 3.9 x 4.5 x 2.6 cm (AP x TV x CC).

3. Status post right reverse total shoulder arthroplasty. No evidence of hardware failure or loosening.

4. Mild fatty infiltration of the supraspinatus muscle belly and moderate fatty infiltration of the infraspinatus, teres minor, and subscapularis muscle bellies.

5. Multilevel degenerative changes of the cervical and thoracic spine are incompletely visualized and characterized.

6. Atherosclerotic calcifications at the right carotid bifurcation.

**End of diagnostic report for accession:** 41441152
**Dictated:** 11-09-2023 3:39:31 PM
**Electronically Signed By:** Varenika, Vanja, MD 11-09-2023 3:39:31 PM

EXHIBIT 10

**From:** **Therapy InMotion Client Portal** yourprovider@simplepractice.com
**Subject:** Video appointment reminder for Wednesday, March 27th
**Date:** March 25, 2024 at 11:06 PM
**To:** James jamesellisjohnson@att.net

**IMPORTANT:** This is an automated message. Please do not reply. For any questions please contact your provider.

Hi James,

This is a reminder that you have an appointment with Therapy InMotion at 11:00 am (PDT) on Wednesday, March 27th.

Your unique video appointment link: Join your Video Appointment

**Important:** Before joining the appointment from the mobile or tablet app, make sure to update to the latest Telehealth app version.

Add to your Calendar and your link to join the Telehealth appointment will be included:

**iCloud** **Google** **Outlook**

Therapy InMotion

Please contact our office with any questions or changes.

(424) 866-8466

Don't have our Telehealth app?
iOS App Store
Google Play Store

Get tips on how to have a good video appointment.

Email by SimplePractice.com on behalf of Therapy InMotion
Unsubscribe from appointment reminders.

Powered By SimplePractice
Privacy · Terms

17
ICS
appointment.ics

Feb 15, 2024

JAMES ELLIS JOHNSON
1819 GOLDEN GATE AVE APT 12
SAN FRANCISCO, CA 94115-4339

James Ellis Johnson
1819 Golden Gate Ave Apt 12
San Francisco, CALIFORNIA 94115

Dear: James Ellis Johnson,

Feb 15, 2024

You have been approved for Community Care under CCN4 for Mental Health services.
VA Referral #:VA0034334277 is valid from Feb 16, 2024 through Aug 14, 2024.

You may obtain care with this provider only during the valid dates above. If care is provided outside of these dates, care will not be authorized or paid under this authorization number.

*** DO NOT REPORT TO THE VA MEDICAL CENTER ***
An appointment has been scheduled on Feb 16, 2024 at 13:00 PST with:
Community Provider/Facility: Therapy InMotion
Community Provider Name (If Known):
Community Provider Telephone Number: 424-866-8466
Community Location/Care Site:
101 S Santa Cruz Ave, Los Gatos, CA, 95030

If you are unable to keep this appointment or the appointment is no longer needed, please call your facility community care office at the Palo Alto VA Medical Center: (650) 617-2732.

If you need additional care/services not mentioned above, please contact your primary care provider for a new referral. Requests for additional services must be submitted to the facility community care office at the

# Progress Notes



Veteran Crisis Hotline number: 988
Veteran Crisis Text Line: 838255
VAPAHCS Telecare: 1-800-455-0057

/es/ DIANE PRAKASH
SOCIAL WORKER
Signed: 11/15/2023 10:45

/es/ Cesz Islaya, LCSW, CCM
Clinical Social Worker
Cosigned: 11/15/2023 11:03

11/15/2023 ADDENDUM STATUS: COMPLETED
This provider is the clinical supervisor of the above-named supervisee who receives weekly individual or group supervision. Although clinical supervisor was not in the room with the supervisee during this session, face-to-face individual supervision is provided bi-weekly. This supervising practitioner was immediately available while the above named supervisee provided services. This Veteran's reason for Visit, diagnosis and treatment plan were discussed during supervision or more frequently, as needed. This supervisor reviewed and concurs with actions provided on this date and the plan indicated in the supervisee's note.

/es/ Cesz Islaya, LCSW, CCM
Clinical Social Worker
Signed: 11/15/2023 11:03

LOCAL TITLE: MHC TELEPHONE CARE 12111
STANDARD TITLE: MENTAL HEALTH TELEPHONE ENCOUNTER NOTE
DATE OF NOTE: SEP 20, 2023@15:00 ENTRY DATE: SEP 20, 2023@16:33:35
AUTHOR: PRAKASH,DIANE EXP COSIGNER: ISLAYA,CESZ
URGENCY: STATUS: COMPLETED

*** MHC TELEPHONE CARE 12111 Has ADDENDA ***

MHC TELEPHONE NOTE:
==================

Mental Health Treatment Coordinator: Diane Prakash RACSW

Time in session: 50 mins, audio

1.;IDENTIFYING INFORMATION: JAMES ELLIS JOHNSON is a 72 y/o, BLACK OR AFRICAN AMERICAN, cisgender MALE, MARITAL STATUS - DIVORCED, PERSIAN GULF WAR, SERVICE CONNECTED 50% to 100% Veteran. Veteran comes to the Mental Health Clinic for services. Two identifiers were used to confirm patient identity.

*CHECK THAT CLINICAL REMINDERS ARE COMPLETE
(If due, complete: Suicide Screen, Audit-C, PCL for PTSD, Homelessness, Tobacco and MST Screen)

| PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available) | VISTA Electronic Medical Documentation |
| --- | --- |
| JOHNSON,JAMES ELLIS<br>1819 GOLDEN GATE AVE APT 12<br>SAN FRANCISCO, CALIFORNIA 94115<br>DOB:09/28/1950 | Printed at PALO ALTO VA MEDICAL CENTER |

# Progress Notes

Printed On Feb 8, 2024

2. SESSION CONTENT AND SUMMARY OF INTERVENTIONS:

-Pt reported that he is suing San Francisco Police Department for attacks on him, states that landlord and VA are also accountable.
-Pt is "dealing with stress of that, to maneuver through all the stress." Pt said he is also experiencing financial difficulties, as "someone poured something in my fuel tank, truck is in the shop."
-Pt said he prefers to get his care at Palo Alto VA, received call from Pain Clinic, was told he needs to be seen in SF VA. Pt said he wants to get care at Pain Clinic at Palo Alto VA and would like to have surgery there as well.
-SW and Pt discussed Pt's frustrations with care. Pt plans to contact primary care doctor at Palo Alto to convey concerns. Pt said he has "a strong will"
-Pt speaks about challenges living in rent controlled apartment and about how "landlord has done horrible things to get rid of me."
-Pt also said he plans to work with Disabled American Veterans, was "too mentally sick" to make it to formation for promotion to Captain during military service- "I want it now."
-Treatment options reviewed and discussed with Pt, including Race Based Stress and Empowerment Group. Pt amenable with referral to this group

3. SUBSTANCE USE: Not discussed today

4. MED CHECK:
Veteran is taking psychotropics as directed.
Active Inpatient, Outpatient and Clinic Medications (including Supplies):

| | Active Outpatient Medications | Status |
|---|---|---|
| 1) | ASPIRIN 81MG EC TAB TAKE ONE TABLET BY MOUTH ONCE A DAY TO PREVENT HEART ATTACK AND STROKE. | ACTIVE |
| 2) | CHOLECALCIF 25MCG (D3-1,000UNIT) TAB TAKE TWO TABLETS BY MOUTH ONCE A DAY FOR VITAMIN D SUPPLEMENT. | ACTIVE |
| 3) | CYCLOBENZAPRINE HCL 10MG TAB TAKE ONE TABLET BY MOUTH THREE TIMES A DAY TO REDUCE MUSCLE SPASM | ACTIVE |
| 4) | EMPAGLIFLOZIN 25MG TAB TAKE ONE-HALF TABLET BY MOUTH EVERY MORNING TO LOWER RISK OF HEART DISEASE | ACTIVE |
| 5) | EZETIMIBE 10MG TAB TAKE ONE TABLET BY MOUTH ONCE A DAY FOR CHOLESTEROL | ACTIVE |
| 6) | FLUTICASONE PROP 50MCG 120D NASAL INHL USE 2 SPRAYS IN EACH NOSTRIL ONCE A DAY FOR NASAL AND SINUS SYMPTOMS | ACTIVE |
| 7) | FUROSEMIDE 40MG TAB TAKE ONE TABLET BY MOUTH ONCE A DAY FOR HEART | ACTIVE |
| 8) | GABAPENTIN 400MG CAP TAKE THREE CAPSULES BY MOUTH TWO TIMES A DAY FOR PAIN | ACTIVE |
| 9) | LISINOPRIL 10MG TAB TAKE ONE TABLET BY MOUTH ONCE A DAY FOR HEART | ACTIVE |

PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available)
JOHNSON,JAMES ELLIS
1819 GOLDEN GATE AVE APT 12
SAN FRANCISCO, CALIFORNIA 94115
DOB:09/28/1950

VISTA Electronic Medical Documentation
Printed at PALO ALTO VA MEDICAL CENTER

*San Francisco VA Health Care System*
*4150 Clement St.*
*Bldg. #2, 1st Floor, Room #176*
*Mail Stop: 136C*
*San Francisco, CA 94121*

# DEPARTMENT OF VETERANS AFFAIRS

*DATE: 7/6/2022*
*In Reply Refer To: 136C*
*SSN: 4156*

*JAMES ELLIS JOHNSON*
*1819 GOLDEN GATE AVE APT 12*
*SAN FRANCISCO, CA 94115*

**RE: ROI Plus Request for JAMES ELLIS JOHNSON**

**Dear MR JOHNSON:**

**We have received your request for information on July 06, 2022.**

**This individually identifiable information is privileged. Its confidentiality should be maintained along with appropriate security safeguards to protect against individual harm (identity theft), embarrassment, or inconvenience.**

**We thank you for your support of our mission. If you wish to discuss anything in this letter with me, please contact me at 415-221-4810 x26607.**

**Please note, these documents do not constitute a legal health record.**

**Sincerely,**

**Debbie Dea MUC - Release of Information**

**Patient:** JOHNSON,JAMES ELLIS
1819 GOLDEN GATE AVE APT 12
SAN FRANCISCO, CALIFORNIA 94115

**Requestor:** JAMES ELLIS JOHNSON
1819 GOLDEN GATE AVE APT 12
SAN FRANCISCO, CA 94115

**Current Status:** CLOSED - GRANTED

**Entered On:** Jul 06, 2022

**Closed On:** Jul 06, 2022

**Assigned Clerk:** Debbie Dea MUC

**Request Comments:** The requestor is requesting psych note of 4/14/2022

**Released Info:**

Progress Notes: + PSYCH-OAK-TRIAGE RAPID SCREEN: April 14, 2022

# Progress Notes

Printed On Jul 6, 2022

LOCAL TITLE: PSYCH-OAK-TRIAGE RAPID SCREEN
STANDARD TITLE: PSYCHIATRY NOTE
DATE OF NOTE: APR 14, 2022@14:20 ENTRY DATE: APR 14, 2022@14:20:56
AUTHOR: JOHNSON,DAMON EXP COSIGNER:
URGENCY: STATUS: COMPLETED

*** PSYCH-OAK-TRIAGE RAPID SCREEN Has ADDENDA ***

RAPID TRIAGE SCREENING

JOHNSON,JAMES ELLIS
Race: BLACK OR AFRICAN AMERICAN
Sex: MALE
Age: 71
SSN: 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

Reason for Visit: Brief behavioral health screening to determine urgency of mental health care needs, address urgent/emergent issues, and identify a follow up care plan.

Visit took place via: Telephone

DATE/TIME OF INITIAL REFERRAL FOR SCREENING: Apr 14,2022@10:20

PRIMARY PHONE:415.624.5011 OK TO LEAVE MESSAGE? Yes
SECONDARY PHONE: OK TO LEAVE MESSAGE?

PRESENTING PROBLEM: Veteran is seeking therapy with a Black psychotherapist secondary to series of reported assaults during which "a shadowy figure...came into my house and twisted my neck." "They stole my new barbecue grill and broke my deep freeze freezer." Veteran endorsed having been assaulted between 9 and 11 times since 10/03/22, having filed numerous police reports with SFPD, and having received confirmation of some form of assault during medical examinations.
Subsequently veteran reported he has not been able to focus nor finish tasks "that I used to do in three days have been sitting on my desk for three months."

Veteran stated his need for a Black therapist resulted from his desire to have "racism removed from psychoanalysis" and the belief "every white person has a bit of racism in them" and "they cannot know what it is like to be a Black man from my background, I need somebody who can know what is like to have dealt with racism."

PSYCHIATRIC HX:

PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available)
JOHNSON,JAMES ELLIS
1819 GOLDEN GATE AVE APT 12
SAN FRANCISCO, CALIFORNIA 94115

VISTA Electronic Medical Documentation
Printed at SAN FRANCISCO VAMC

# Progress Notes



Prev OP TX? Yes
Current TX? No
Prev Hosp? Yes Veteran endorsed having been hospitalized directly after his tour in the gulf war. Veteran stated the hospitalization was secondary to trauma was not involuntary.

Columbia Suicide Severity Rating Scale (C-SSRS) screener

1. Over the past month, have you wished you were dead or wished you could go to sleep and not wake up?
No

2. Over the past month, have you had any actual thoughts of killing yourself?
No

3. Over the past month, have you been thinking about how you might do this?
Response not required due to responses to other questions.

4. Over the past month, have you had these thoughts and had some intention of acting on them?
Response not required due to responses to other questions.

5. Over the past month, have you started to work out or worked out the details of how to kill yourself?
Response not required due to responses to other questions.

6. If yes, at any time in the past month did you intend to carry out this plan?
Response not required due to responses to other questions.

7. In your lifetime, have you ever done anything, started to do anything, or prepared to do anything to end your life (for example, collected pills, obtained a gun, gave away valuables, went to the roof but didn't jump)?
No

8. If YES, was this within the past 3 months?
Response not required due to responses to other questions.

Domestic Violence: Current: Past:
Patient declined to comment

Assaultive: Current: YES Past: NO
Veteran endorsed having to seek medical care secondary to assaults having reversed the progress of prior medical procedures

Weapons: Current: YES Past: YES
"I've always had a hand gun."

# Progress Notes



Psychosis: Current: NO Past: NO

SUBSTANCE ABUSE PROBLEM:

Alcohol: Current: YES Past: YES
"I haven't had a drink in 10 days." "There are people who would say that I've had a problem with ETOH, but I wouldn't say so."

Drugs: Current: YES Past: YES
"I enjoy marijuana, but I have had to stop because of the attacks. I need to be in reality at all times."

In recovery: Current: NO Past: NO

DISPOSITION:
Urgency: Routine

INITIAL SETTING AND TREATMENT PLAN:
Veteran did not appear to be at imminent risk to harm self or others. Veteran is judged to be sustainable as an outpatient at this time.
Appointment scheduled:

PATIENT WAS PROVIDED WITH THE FOLLOWING CONTACT INFORMATION:
Advised of clinic contact: Name/Phone Number: Oakland BH Triage number 510.773.7242
Provided contact and instructions Veterans Crisis Line: 1-800-273-8255, option #1 at the prompt or text to 838255

VETERAN QUESTIONS AND/OR CONCERNS WERE ADDRESSED REGARDING CARE.

Other comments: Veteran stated his bariatric surgery as being a primary goal of his and the belief a white psychoanalyst's assessment was a barrier to same.

/es/ DAMON JOHNSON
Senior Social Worker, LCSW
Signed: 04/14/2022 14:54

06/21/2022 ADDENDUM STATUS: COMPLETED
PLEASE NOTE: ONSET OF ASSAULTS WAS 10/3/2020 AND NOT 10/3/2022. Writer

acknowledges date was entered in error and has informed veteran of addendum.

Damon Johnson

/es/ DAMON JOHNSON
Senior Social Worker, LCSW
Signed: 06/21/2022 08:38

06/21/2022 ADDENDUM STATUS: COMPLETED
Please note: Veteran contacted this writer and clarified the first attack took place on 10/28/2020 and there is medical proof of same. Writer thanked veteran for his attention to detail. Veteran called back and stated belief mix-up may have been due to reported attack on 10/3/2021. Writer restated his intent to notate same.

/es/ DAMON JOHNSON
Senior Social Worker, LCSW
Signed: 06/21/2022 08:51

07/05/2022 ADDENDUM STATUS: COMPLETED
Vetertan contacted writer to request another change be made to progress note dated 4/14/22. Veteran stated need to have the note reflect his hospitalization was not after his "tour" but rather post his "duty."

/es/ DAMON JOHNSON
Senior Social Worker, LCSW
Signed: 07/05/2022 12:04