UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES ELLIS JOHNSON,<br><br>    Plaintiff,<br><br>    v.<br><br>VERITAS INVESTMENT INC, et al.,<br><br>    Defendants. | Case No.  23-cv-05190-AMO<br><br>**ORDER GRANTING EXTENSION**<br><br>Re: Dkt. No. 26 |

Before the Court is Plaintiff James Johnson's request for an extension of time. Therein, Johnson requests an extension of six weeks to consider and respond to the Court's order dismissing the action without leave to amend. Given the case's procedural posture, the Court construes Johnson's request as a motion for extension of time to file a notice of appeal, pursuant to Federal Rule of Appellate Procedure 4(a)(5)(A). Good cause appearing, the Court **GRANTS** Plaintiff's motion for an extension of time to appeal and extends his deadline to file a notice of appeal to April 29, 2025 (14 days from the date of this order). *See* Fed. R. App. P. 4(a)(5)(C).

**IT IS SO ORDERED.**

Dated: April 15, 2025

**ARACELI MARTÍNEZ-OLGUÍN**
**United States District Judge**